Exhibit C

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CHILDREN'S NATIONAL MEDICAL CENTER

&

BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS

Plaintiffs,

v.

TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED,

&

LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639

&

LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Teamster's Local 639 - Employer's Health Trust Fund

Defendants.

§ § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §

Civil Action No. 06-0000172

**PRAECIPE**

The Clerk will please take notice and docket that the attached Amended Certificate of Service (Exh. A.) was served and filed in the above-captioned action.

Dated this 13th day of February 2006.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: [signature]

L. Bradley Hancock
District of Columbia Bar No. 465746
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002
(713) 374-3500 (Telephone)
(713) 374-3505 (Facsimile)

Kenneth P. Kaplan
District of Columbia Bar No. 460614
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3191 (Telephone)
(202) 261-0156 (Facsimile)

ATTORNEYS FOR PLAINTIFFS CHILDREN'S NATIONAL MEDICAL CENTER AND BENEFIT RECOVERY SPECIALISTS, INC.

# EXHIBIT A

AMENDED CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD A NEW DEFENDANT AND CAUSE OF ACTION was served on the following:

Via Certified Mail, Return Receipt Requested on February 3, 2006:

TODD HICKS
1011 Red Maple View Terrace
Churchton, Maryland 20733

TODD HICKS
On Behalf of TODD HICKS, JR.,
Deceased
1011 Red Maple View Terrace
Churchton, Maryland 20733

Via First Class Mail, postage pre-paid, on February 6, 2006:

COUNSEL FOR EMPLOYER'S
HEALTH TRUST FUND
Donald L. Havermann
Morgan Lewis
1111 Pennsylvania Ave., NW
Washington, DC 20004

Via Private Process Server on February 13, 2006:

AUTHORIZED AGENT
LOCAL UNION NO. 639, BUILDING,
INC. d/b/a/ INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
LOCAL 639 and d/b/a LOCAL 639
3100 Ames Place, N.E.
Washington, DC 20018

Kenneth P. Kaplan

**CERTIFICATE OF SERVICE**

I, Kenneth P. Kaplan, hereby certify that the foregoing Praecipe was served upon the following individuals on this 13th day of February 2006.

COUNSEL FOR EMPLOYER'S HEALTH TRUST FUND
Donald L. Havermann
Morgan Lewis
1111 Pennsylvania Ave., NW
Washington, DC 20004
**VIA FIRST CLASS MAIL**

TODD HICKS
Todd Hicks
1011 Red Maple View Terrace
Churchton, Maryland 20733
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

TODD HICKS on behalf of TODD HICKS, JR.
Todd Hicks
1011 Red Maple View Terrace
Churchton, Maryland 20733
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

LOCAL UNION NO. 639
R. Mark Winter, CFO/Administrative Manager
Authorized Agent
LOCAL UNION NO. 639, BUILDING,
INC. d/b/a/ INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
LOCAL 639 and d/b/a LOCAL 639
3100 Ames Place, N.E.
Washington, DC 20018
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Kenneth P. Kaplan