## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, <br><br> and <br><br> BRSI, L.P. d/b/a BENEFIT RECOVERY SPEACIALISTS, <br><br> Plaintiffs, <br><br> v. <br><br> Todd Hicks, <br><br> and <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639, <br><br> and <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 d/b/a LOCAL 639 – Employer's Health Trust Fund, 3100 Ames Place, NE Washington, DC 20018, <br><br> Defendants. | No.:   06-0317RJL |

**DEFENDANT TEAMSTERS LOCAL 639 – EMPLOYERS
HEALTH TRUST FUND'S MOTION TO DISMISS OR,
<u>IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u>**

Defendant Teamsters Local 639 – Employers Health Trust Fund (the "Fund"), by and

through its undersigned counsel, hereby moves this Court for an Order dismissing Plaintiffs'

1-WA/2530322.1

First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or, in the alternative, entering judgment in favor of the Fund pursuant to Federal Rule of Civil Procedure 56.[1]  As grounds therefore, the Fund submits that:

1.    Plaintiffs', Children's National Medical Center and Benefit Recovery Specialists, Inc., state law claims are completely preempted by application of Section 514 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1144.

2.    Alternatively, Plaintiffs' state law claims must be dismissed as time-barred or otherwise failing to state a claim upon which relief can be granted.

3.    To the extent Plaintiffs' claims are re-characterized as claims for benefits under Section 502(a)(1)(B) of ERISA, 29 U.S.C. § 1132(a)(1)(B), the claims must be dismissed because (1) Plaintiffs failed to exhaust their administrative remedies before bringing a civil action against the Fund, and (2) the Fund's written Summary Plan Description requires coverage denial in cases -- such as the case here -- where a third party is responsible for the participant's dependent's injuries and the participant fails to provide the Fund with a completed subrogation agreement.

---

[1] Filed contemporaneously herewith is Defendant Teamsters Local 639 – Employers Health Trust Fund's Opposition to Plaintiffs' Motion to Amend Complaint to Add a New Defendant and Cause of Action.

In further support of this Motion, the Fund relies on the accompanying Memorandum of Points and Authorities, Declaration of Laurie Mele, and Exhibits.

Date:   March 1, 2006                              Respectfully submitted,

                                                                               /s/
Donald L. Havermann (D.C. Bar No. 37774)
Bridgit M. DePietto (D.C. Bar No. 496400)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
202.739.3000 (Telephone)
202.739.3001 (Facsimile)
dhavermann@morganlewis.com
bdepietto@morganlewis.com

Counsel for Defendant Teamsters Local
639 – Employers Health Trust Fund

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 1st day of March 2006, that a copy of the foregoing Defendant Teamsters Local 639 – Employers Health Trust Fund's Motion to Dismiss or, in the Alternative, for Summary Judgment was served on the following by the means indicated:

<u>Via Certified Mail, Return Receipt Requested</u>:

> Todd Hicks
> 1011 Red Maple View Terrace
> Churchton, MD 20733
>
> Defendant Hicks

<u>Via First Class Mail, postage pre-paid:</u>

> L. Bradley Hancock
> Greenberg Traurig, LLP
> 1000 Louisiana, Suite 1800
> Houston, TX 77002
>
> Kenneth P. Kaplan
> Greenberg Traurig, LLP
> 800 Connecticut Avenue, NW, Suite 500
> Washington, DC 2006
>
> Attorneys for Plaintiffs Children's National
> Medical Center and Benefit Recovery
> Specialists, Inc.

<u>Via First Class Mail, postage pre-paid:</u>

> Local Union No. 639, Building, Inc. d/b/a
> International Brotherhood of Teamsters,
> Local 639 and d/b/a Local 639
> 3100 Ames Place, N.E.
> Washington, DC 20018
>
> Named Local 639 Defendant

                                                        /s/
                                                Bridgit M. DePietto