# TEAMSTERS LOCAL 639— EMPLOYERS HEALTH TRUST

## SUMMARY PLAN DESCRIPTION



| IF YOU NEED: | CALL: | AT: |
| --- | --- | --- |

# HOW YOUR

# HEALTH PLAN

# WORKS

Teamsters Local 639—Employers Health Trust Fund
3130 Ames Place, NE · Washington, DC 20018

800-983-2699

202-636-8181

| Union Trustees | Employer Trustees |
|---|---|
| John D. Catlett | Michael R. Bull |
| Joseph P. Connors, Sr. | Frank W. Stegman |
| John C. Steger | Eric D. Weiss |
| | Andrew J. Zalkin |

January 1, 2002

# CONTENTS

Is This Booklet for You? ........................... 5

**1  Eligibility**

Initial Eligibility ........................................ 7
Maintaining Your Eligibility ..................... 8
When Your Eligibility Ends .................... 10
Dependent Coverage .............................. 10

**2  COBRA Continuation Coverage**

Basic COBRA Provisions ........................ 13
Electing COBRA Continuation ............... 14
Paying for COBRA Continuation ........... 15
Relationship of COBRA
    Continuation to Self-Pay ................... 15

**3  Classes of Benefits**

**4  Basic Medical**

Schedule of Benefits .............................. 19
The Alliance PPO .................................... 20
Hospital ................................................... 20
Surgical ................................................... 22
Inpatient Doctor Visits .......................... 22
X-ray and Laboratory ............................ 23
Hearing Aids ........................................... 23
Special Rules Related to:
    Pregnancy and Childbirth ............... 24
    Mastectomy Coverage ..................... 24
Exclusions ............................................... 25

**5  Major Medical**

Schedule of Benefits .............................. 27
Deductible ............................................... 27
Benefit Amount ....................................... 28
Covered Expenses .................................. 28
Exclusions ............................................... 31

**6  Prescription Drugs**

Schedule of Benefits .............................. 33
AdvancePCS ........................................... 33
Generic Drug Program .......................... 33
Voluntary Formulary Program ............... 34
Voluntary Mail Order Program ............. 34
Covered Medications ............................. 35
Limitations and Exclusions .................... 35

**7  Dental**

Schedule of Benefits .............................. 39
Dental Health Center ............................. 39
Benefits Within the Network .................. 40
Benefits Outside the Network................ 41
Exclusions ............................................... 41

**8  Vision Care**

Schedule of Benefits .............................. 45
Group Vision Associates (GVA) ........... 45
Benefits Within Network ........................ 46
Benefits Outside Network ..................... 47
Exclusions ............................................... 47

**9  Mental Health**

Schedule of Benefits .............................. 49
Health Management Center Inc. ............ 49
Benefits Within the Network .................. 49
Benefits Outside the Network................ 50
Exclusions ............................................... 50

**10  Drug and Alcohol Dependency**

Schedule of Benefits .............................. 53
Benefits Provided ................................... 53
Limits and Conditions ............................ 53

**11  Disease Case Management**
Benefits Provided ...................................55

**12  Accident & Sickness**
Schedule of Benefits ..............................57
Exclusions .............................................57

**13  Life Insurance**
Schedule of Benefits ..............................59
If you Become Disabled ........................59
Conversion of Life Insurance ............59
Accidental Death and
   Dismemberment Insurance .........60

**14  Retired Participants**
Eligibility for Retiree Benefits ...........63
Schedule of Benefits ..............................64

**15  General Limitations**
Types of Service Providers ...............67
Services Not Covered ...........................67
Workers Compensation ......................69

**16  Rules of the Plan**
Obtaining Benefits ...............................73
Claim Appeal .......................................73
Coordination of Benefits ...................74
Third Party Liability and
   Subrogation .....................................75
No Assignment of Benefits................77
Qualified Medical Child Support
   Order (QMCSO) .......................77
Overpayment and Mistaken
   Payment Policy................................77

**17  Frequently Asked Questions**

**18  ERISA Information**
Statement of Your Rights Under
   ERISA ..............................................87
Information Required by ERISA ......89

**19  Appendix**
Definition of Terms..............................93

**20  Whom to Call** .................................96

## IS THIS BOOKLET FOR YOU?

This booklet describes the benefits under the Teamsters Local 639 — Employers Health Trust Fund Plan Document as amended to January 1, 2002. It applies to you if you are an eligible participant or dependent on or after January 1, 2002 unless a specific effective date is set forth in the text.

The detailed rules of the Health Plan are contained in the Plan Document. The Trustees have provided this Summary Plan Description to give you a general outline of your Health Plan. To make it easier to read, we have tried to write in plain English. Plain English is not "legal English." If there is any inconsistency between this Summary Plan Description and the Plan Document, the terms of the Plan Document will govern.

If you have questions about your personal benefit entitlement, write or contact the Fund Office for information. Do not rely on your Local Union Representative, your employer or others for health benefit information. The detailed rules of the Health Plan can be complex and the Plan is not bound by their statements or interpretations. Only the full Board of Trustees is authorized to interpret the rules and provisions of the Health Plan and this Summary Plan Description.

You can contact the Fund Office at 800-983-2699 or visit them at 3130 Ames Place, NE, Washington, DC 20018.

Save this booklet. Put it in a safe place. If you lose your copy, you can ask the Fund Office for another.





## INITIAL ELIGIBILITY

You become eligible for benefits under the Plan on the first day of the third month after the month in which you first work at least 120 hours for an employer or employers who contribute to the Fund on your behalf. Employer contributions must be received by the Fund Office before eligibility credit for hours worked is provided.

Here's how the general rule works. If you first worked at least 120 hours in January, you will become eligible on April 1. If you first worked at least 120 hours in February, you will become eligible on May 1. Use the table to determine when you will first become eligible for benefits.

| IF YOU WORKED 120 HOURS IN: | YOU ARE ELIGIBLE FOR THE MONTH OF: |
| --- | --- |
| January | April |
| February | May |
| March | June |
| April | July |
| May | August |
| June | September |
| July | October |
| August | November |
| September | December |
| October | January |
| November | February |
| December | March |

### Employees of New Employers to the Plan

If you work for an employer who does not participate in the Plan and your employer later agrees to start participating in the Plan, you will be eligible for benefits 30 days after the date your employer becomes obligated and makes contributions to the Plan on your behalf. However, you are eligible in these circumstances only if you have worked for that employer for:

- 720 hours in a job classification now represented by Teamsters Local 639, and
- at least 6 continuous months before the employer begins participating in the Plan.

In addition, your employer must send contributions for the 30-day period to the Fund Office on your behalf in order for you to be eligible.

## MAINTAINING YOUR ELIGIBILITY

You will continue to be eligible for benefits as long as you work at least 120 hours in a month for which your employer makes contributions to the Fund Office.

If you fail to work 120 hours in a month, you can still be eligible if you work 720 hours in six consecutive months and contributions are received for those hours. The following chart shows how this works:

| IF YOU WORKED 720 HOURS IN: | YOU ARE ELIGIBLE FOR THE MONTH OF: |
|---|---|
| January through June | September |
| February through July | October |
| March through August | November |
| April through September | December |
| May through October | January |
| June through November | February |
| July through December | March |
| August through January | April |
| September through February | May |
| October through March | June |
| November through April | July |
| December through May | August |

Generally speaking, your employer will report to the Fund Office the number of hours you worked for which the employer is required to make contributions, and will then make contributions based on the reported hours.

### Eligibility During Disability

If you are sick or hurt and are getting Weekly Accident & Sickness Benefits or benefits under your employer's workers' compensation program, you will get credit for 6 hours of work for each weekday during the period of your disability, up to the maximum number of weeks for the Class of Benefits that applies to you. For this provision to apply, you must be actively employed and eligible for benefits on the day before you leave work due to disability.

If you are receiving Workers' Compensation, you must submit written proof of that fact to the Fund Office in order to receive disability credits.

### Eligibility During A Strike

If you are on strike, and the strike is duly authorized by the Union, you will be credited with 6 hours of work for each weekday you are on strike, up to a maximum of 60 calendar days. You must have been actively employed and eligible for benefits on the day before the strike began.

### Eligibility During Vacation

If you are on vacation and your employer is not required to make contributions on vacation hours, you will receive vacation

credits for each vacation hour for which you are paid by your employer up to a maximum of 20 calendar days. You must have been actively employed and eligible for benefits on the day before you leave for vacation and your employer must confirm your vacation hours.

### Eligibility After Military Duty

If you leave the Plan to serve in the armed forces of the United States, your eligibility in the Plan will be reinstated on the date you return from active military duty if you return to the same Contributing Employer you were working for immediately prior to entering the military service within 90 days of your discharge date.

### Self-Payments to Maintain Eligibility

If you do not work enough hours (including disability, strike or vacation credit hours) in any calendar month to remain eligible, you may make self-payments to maintain eligibility for hospital, medical, prescription, dental, vision and life insurance benefits.

To maintain your eligibility for a month you will have to pay for 120 hours less your actual credited hours, multiplied by the hourly contribution rate paid by your employer.



The Fund Office will send you a letter advising you that your eligibility is about to end, and how much you must pay to maintain eligibility. Your self-payment must be received within 20 days from the date of the Fund Office's letter.

You may make self-payments for up to 12 months. If you miss a payment, you will lose eligibility. If that happens, you will have to return to work and re-qualify for benefits.

Self-payments cannot be made if you quit or are discharged. However, if you are discharged and the Union grieves your discharge, you can self-pay until the resolution of the dispute or for one year, whichever comes first.

Self-payments are not permitted if you retire. However, you may continue to be eligible under the COBRA Continuation Rules discussed in Section 2 of this booklet. Alternatively, you may be eligible to begin receiving benefits under the Retiree Health Plan offered through the Teamsters Local 639-Employers Pension Trust. This optional retiree health plan is described in a separate Summary Plan Description.

Self-payments are in lieu of COBRA continuation coverage, discussed later in this booklet. If you elect to make self-payments, you may not later elect COBRA.

## WHEN YOUR ELIGIBILITY ENDS

You are no longer eligible for benefits if one or more of the following events occur:

- You fail to work the required number of hours;
- You use the maximum disability, strike or vacation credits described above;
- If the Plan permits you to self-pay and you fail to make self-payments when they are due;
- You make the maximum number of self-payments permitted;
- You or your eligible dependent fail to make COBRA payments as described in Section 2; or

- You or your eligible dependent make the maximum number of COBRA payments permitted by law, as described in Section 2.

Dependent eligibility ends when a person no longer is a qualified dependent.

When your eligibility terminates, all benefits provided by the Plan cease. However, if you (or your eligible dependent) are confined in a hospital, eligibility for the individual's Medical and Major Medical Benefits will continue for the remainder of the confinement, or 30 days, whichever is less.

## DEPENDENT COVERAGE

ildren" means your ken, stepchildren, lly adopted children iildren under your l guardianship.

Most of the Health Plan benefits also apply to your dependents. Your dependents are:

**Your legal spouse** (wife or husband), and

**Children**—unmarried, dependent sons and daughters:

- under the age of 19 (after 14 days for the purpose of dependent life insurance coverage);
- full time students in an accredited school under the age of 25, whose

dependent status would otherwise end at graduation (eligibility will continue for a period of 90 days or until alternate health coverage becomes effective, whichever comes first); and

- who are mentally or physically unable to make a living (coverage will continue for as long as the son or daughter remains disabled).

"Children" means your children, stepchildren, legally adopted children or children under your legal guardianship.

For retirees, your only dependent is your legal spouse.

If you die, your dependents will remain eligible for benefits to the last day you would have remained eligible. Under certain circumstances, dependents may continue eligibility by making monthly payments to the Fund as described in Section 2, COBRA Continuation Coverage.

**2**

COBRA CONTINUATION COVERAGE



BASIC COBRA PROVISIONS

ELECTING COBRA CONTINUATION COVERAGE

PAYING FOR COBRA CONTINUATION COVERAGE

RELATIONSHIP OF COBRA CONTINUATION COVERAGE TO SELF-PAY

## BASIC COBRA PROVISIONS

Under a federal law referred to as COBRA, if you or your dependent lose your eligibility as a result of a "qualifying event" you may be able to purchase temporary extension coverage at group rates. This is "COBRA continuation coverage".

### Benefits Covered

With COBRA continuation coverage you will generally be eligible for the same medical benefits provided under the applicable Schedule of Benefits in effect on the day before the qualifying event occured. You may elect to continue only Medical and Prescription benefits (Core Benefits). If you are covered under a Schedule of Benefits which provides Dental and/or Vision Care Benefits (Non-Core Benefits), you may also elect those Non-Core Benefits in addition to the Core Benefits. COBRA continuation coverage does not include any non-medical benefits, such as life insurance, accidental death and dismemberment insurance, or weekly accident & sickness benefits.

### COBRA Continuation Coverage Begins

You have the right to purchase continuation coverage only if you lose coverage due to a "qualifying event". "Qualifying events" for you and your eligible dependents include:

- your termination of employment for reasons other than gross misconduct, or
- reduction in your hours of employment.

In addition, "qualifying events" for your spouse and other eligible dependents include:

- your death,
- your spouse's divorce from you,
- your entitlement to Medicare coverage,
- your dependent's loss of dependent status under the Plan.

### How Long Continuation Coverage Runs

You can purchase continuation coverage that extends until the earlier of the end of the "Applicable Continuation Period" or a "Termination Event".

### "Applicable Continuation Period" is:

- If your or your eligible dependents' eligibility ended because of the termination of your employment or a reduction in hours, the applicable continuation period is 18 months from the first day of the month following the qualifying event.
- If the Social Security Administration (SSA) has determined that you are disabled within the first 60 days of your COBRA continuation period, the

**Qualifying events include:**

- **your termination of employment for reasons other than gross misconduct,**
- **reduction in your hours of employm**
- **your death,**
- **your spouse's div from you,**
- **your entitlement Medicare coverag**
- **your dependent's of dependent status under the**

COBRA continuation period, the applicable continuation period is 29 months, as long as the Fund Office is notified of the Social Security disability award within the 18 months following the qualifying event. If your disability ends, however, you and your dependents will no longer be eligible to purchase continuation coverage beyond the later of the end of the initial 18 month period or the date that is 30 days after a final determination that you are no longer disabled.

■ If you die, the applicable continuation period for your eligible dependents is 36 months from the date of your death.

■ If the qualifying event is due to divorce from you or loss of dependent status under the Plan, the applicable continuation period is 36 months from the date of the qualifying event.

■ If two or more qualifying events occur, the applicable continuation period for your dependents is 36 months from the date of the first qualifying event. A dependent who was not eligible to elect continuation coverage at the time of the first qualifying event cannot do

so upon a subsequent qualifying event.

■ If you become eligible for Medicare benefits, the applicable continuation period for your dependents is 36 months from the date you become eligible for Medicare.

## A "Termination Event" is

■ The conclusion of the Applicable Continuation Period;

■ The date on which all coverage offered by the Plan terminates;

■ The date on which you or your dependent becomes covered by another group health plan that does not contain an exclusion or limitation for a pre-existing condition, provided this occurs on a date after COBRA continuation coverage is elected;

■ The date you or your dependent become entitled to Medicare coverage, provided this occurs on a date after COBRA continuation coverage is elected; or

■ The last day of the month preceding the month for which the COBRA premium was not timely paid.

## ELECTING COBRA CONTINUATION COVERAGE

The Fund Office must be notified within 60 days of any qualifying event that may

entitle you or your dependents to continuation coverage. In the event of

divorce or loss of dependent status, you or your dependent must notify the Fund Office in writing. For other qualifying events, your employer must notify the Fund Office. An employer fulfills this obligation by reporting the qualifying event on its timely filed contribution report to the Fund Office.

If you become disabled within the first 18 months of COBRA continuation coverage, you are obligated to inform the Fund Office within 60 days of the time you receive a Social Security disability award. If the Social Security Administration determines that you are no longer disabled, you must notify the Fund Office within 30 days.

Within 30 days after receiving notice of a qualifying event, the Fund Office will notify you or your dependent of the right to elect continuation coverage. The Fund Office will also tell you how much such coverage will cost, and will provide an election form and instructions for electing the coverage.

To elect continuation coverage, you or your dependent must complete the election form and submit it to the Fund Office within 60 days after the later of

- the qualifying event, or
- the date the notice of the right to elect COBRA continuation coverage was sent out by the Fund Office.

If you do not elect continuation coverage within this time, you will no longer be eligible for such coverage.



## PAYING FOR COBRA CONTINUATION COVERAGE

You must pay the premium for COBRA coverage. The first premium payment must be made to the Fund Office no later than 45 days after the date continuation coverage was elected. Subsequent premiums are due on the first day of the calendar month. Payment is considered timely if made within 10 days of the due date.

The Board of Trustees will determine the amount of the monthly premium for COBRA continuation coverage annually but it will be no more than 102% of the cost of coverage provided to similarly situated participants and dependents unless a higher charge is permitted by law.

## CONVERSION OF COBRA CONTINUATION COVERAGE TO SELF-PAY

When a participant loses coverage under the Plan, the participant may elect to continue coverage under COBRA or under the self-pay provisions of the Plan,

if otherwise eligible to do so. If you elect COBRA payments, you may not later elect to make self payments.





The Plan has several classes of benefits — Class 4 and Class 2 for active employees and Class P and Class NP for retired employees. Each class has a different schedule of benefits.

## Active Participants

For active participants, your Class depends on the contribution rate your employer pays for you. Periodically, the Board of Trustees will review and revise the contribution rates necessary to pay for each Class of Benefits. If an employer's contribution rate is less than the amount required to maintain coverage for a particular Class, benefits will be provided under the schedule of a lower cost Class, unless the Board determines otherwise. Yearly increases in the negotiated contribution rates are ordinarily needed to maintain your Class of Benefits. Please contact the Fund Office if you have questions about your Class of Benefits.

The minimum required hourly employer contributions for each Class of Benefits for active employees and their dependents, as of January 1, 2002, are:

- Class 2       $1.72
- Class 4       $3.02

The amount of benefits provided for each Class is shown in each of the benefits sections of this booklet. Class 2 benefits will remain in effect until October 1, 2002 at which time the benefit will expire.

## Retired Participants

The retiree benefits in this Plan apply only to participants who retired prior to January 1, 1980 and elected this coverage. For these retired participants, your Class of Benefits depends on the coverage level you elected at the time of your retirement. The description of benefits for these retirees is set forth in Section 14 of this booklet.

Active participants may be eligible for medical benefits at retirement under the Medical Benefits part of the Teamsters Local 639—Employers Pension Trust. You should contact the Fund Office to find out if you are eligible under that plan.

**BASIC MEDICAL**

**4**



COVERAGE OF BENEFITS                MEDICAL LABORATORY EXPENSES

PRELIMINARY SERVICE                              HEARING AIDS

IN THE        SPECIAL PROVISIONS PREGNANCY & CHILDBIRTH

HOSPITAL        SPECIALIZED MASTECTOMY COVERAGE

PROFESSIONAL SERVICE        EXCLUSIONS

Your Medical Benefits consist of two primary parts that work together to provide you with coverage:

- The Basic Medical Benefits (described in this Section), and

- The Major Medical Benefits (described in Section 5).

The Basic Benefits pay most hospital, surgical and medical expenses, provided they are medically necessary. The Plan pays only usual, customary and reasonable costs for covered medical expenses. This is called UCR throughout this book. The *Schedule of Benefits* below shows the amount of benefits payable for each Class. When these benefits are used up, the Major Medical Benefits take over, and protect you and your dependents from the higher cost of more serious medical problems.

| SCHEDULE OF BENEFITS (PARTICIPANT & DEPENDENTS) | CLASS 4 | CLASS 2 |
|---|---|---|
| **Hospital Expense Benefit** | | |
| Daily room and board | Semi-Private Room Rate | N/A |
| Maximum period of confinement for one cause | 180 days | |
| Additional hospital charges | 100% of UCR | N/A |
| Maximum period of confinement | 180 days | |
| Intensive Care, up to | 100% of UCR | N/A |
| Maximum period of confinement | 14 days | |
| Emergency Accident Expense Allowance | $400 per incident | N/A |
| Ambulance | 100% of UCR | N/A |
| **Surgical Expense Benefit** | | |
| Basic Benefit | 25% of UCR | N/A |
| The balance of UCR Surgical Expenses are covered by the Major Medical Benefit (see Section 5) | | |
| Maximum payment | $1,200 | N/A |
| **Inpatient Doctor Visits** | | |
| Per visit (one visit per day) | $25 | N/A |
| Maximum per calendar year | $400 | N/A |
| **X-Ray & Laboratory Expense Benefit** (outside of a hospital confinement) | | |
| Maximum per calendar year | $750 | N/A |
| **Hearing Aids** | | |
| Maximum payable per ear once every 36 months | $1,000 | $1,000 |

## THE ALLIANCE PREFERRED PROVIDER ORGANIZATION

The Board of Trustees has contracted with Alliance Preferred Provider Organization (Alliance PPO) to provide medical care to Plan participants. A PPO is a group of selected physicians, specialists, hospitals and other treatment centers that have agreed to provide their services to Plan participants at a discount. The Alliance PPO has over 27,000 participating providers (doctors, etc.) and 235 participating hospitals. The PPO can be used for regular or emergency medical services.

You, as a participant, are free to choose any service provider you wish. You are encouraged to use the Alliance PPO because you can expect to save money for yourself and for the Fund. You usually pay a percentage of billed charges under the Plan. With the Alliance PPO, you will be paying your percentage on a smaller amount.

When you first become eligible for benefits under the Plan you will be given an Alliance PPO I.D. Card. The Fund Office can provide a directory that lists all of the doctors and hospitals participating in the PPO. Check to see if your current doctor participates. There is a good possibility that you are already using a PPO physician. The directory can also help you if you are looking for a new doctor.

When you go to a participating doctor or hospital, identify yourself as an Alliance PPO participant by presenting your I.D. card. Complete and sign the claim form as usual. The physician or hospital will then submit your claim directly to the Alliance PPO.

If you choose to use a doctor or facility that is not in the PPO, submit a completed claim form to your doctor or the facility. Ask them to forward it to the Fund Office.

## HOSPITAL

tal admissions be pre-certified by liance Preferred der Organization. r your physician call Alliance for rtification at 162-0643.

Hospital admissions must be pre-certified by the Alliance Preferred Provider Organization. Prior to any scheduled hospital admission, you or your physician must call Alliance for pre-certification at 800-962-0643. In an emergency or life-threatening situation, you or a family member must notify Alliance within 24 hours of admission. This requirement applies whether or not your physician participates in the Alliance PPO. If you incur hospital expenses which are not certified by Alliance PPO, the Fund will pay only 80% of the amount which would otherwise be paid by the Plan.

Treatment in an approved Hospice

Program, which is approved by Alliance PPO in lieu of hospitalization, is payable under this basic hospitalization benefit up to the limits of the applicable Schedule of Benefits.

If you or your dependents are hospitalized for treatment of a sickness or injury, the Plan will pay charges for a semi-private room, or intensive care unit if needed, up to the maximum number of days listed in the Schedule of Benefits above. Charges for hospital services and supplies are also covered, up to the amount in your Schedule. This includes such things as:

- Use of the operating room,
- X-rays and tests,
- Additional hospital charges for medically necessary services, and
- Ambulance (100% of UCR for up to two trips per continuous hospital confinement).

**Outpatient Surgical Expenses** This benefit also covers outpatient surgical expenses. These are hospital type charges incurred at the time of, and in connection with, a surgical operation performed in an ambulatory care center. Benefits are paid up to the limits in the applicable Schedule of Benefits.

**Emergency Accident Expense Allowance** The emergency accident expense allowance can cover expenses, even if you are not admitted to a hospital, if you are given emergency treatment within 48 hours following the date of an accidental bodily injury. For example, if you are hurt on Monday, treatment must start by midnight Wednesday.



**Case Management** The Plan provides Case Management services to help the patient in the following areas:

- **Concurrent Review** when a hospital stay is longer than originally approved the PPO will work with the physician and hospital, on the patient's behalf, to ensure that the extended stay is necessary and in the patient's best interest.

- **Individual Benefit Management program** when there is a lengthy hospital stay due to catastrophic injury or illness, the PPO will work closely with the patient, the physician, the family and the hospital to make certain that the medical attention received is appropriate and given in the appropriate setting.

## SURGICAL

**physician has recommended surgery, the Plan will pay for a visit to another qualified Physician to obtain a second surgical opinion.**

**Obtaining a second surgical opinion is easy to do. Contact Alliance PPO member services at 800-342-3289 and ask for a "Board Certified" surgeon in your area.**

All non-emergency ambulatory and outpatient surgical procedures must be pre-certified by Alliance Preferred Provider Organization. Prior to any scheduled ambulatory surgery, you or your physician must call Alliance for pre-certification at 800-962-0643. This phone number also appears on your Alliance I.D. card. This requirement applies whether or not your physician participates in the Alliance PPO. If treatment is not pre-certified by Alliance PPO before it is provided, the Plan will pay nothing.

If your physician has recommended surgery, the Plan will pay for a visit to another qualified Physician to obtain a second surgical opinion. The purpose of this benefit is to help you assure that the surgery is necessary and to help avoid unnecessary surgery.

Obtaining a second surgical opinion is easy to do. Contact Alliance PPO member services at 800-342-3289 and ask for a "Board Certified" surgeon in your area. The member services representative will give you a list of providers to choose from. Make an appointment with the provider and have them contact the Fund Office for benefit information on second surgical opinions.

The Basic Plan pays a portion of the usual, customary and reasonable cost of surgical expenses up to the maximum amount shown in your Schedule of Benefits. Additional charges for surgical procedures may be covered under your Major Medical Benefits (see Section 5).

## INPATIENT DOCTOR VISITS

If you or your dependents are in the hospital and receive a medically necessary visit from your doctor, the Plan will pay charges up to the amount listed in your *Schedule of Benefits*. Payments *will not* be made for more than one visit per day. Charges for visits by your surgeon are not covered because they are included in the fee for the surgery.

## X-RAY & LABORATORY EXPENSES (OUTSIDE OF A HOSPITAL CONFINEMENT)

The Plan will pay usual, customary and reasonable charges for x-ray and laboratory examinations, up to the amount listed in your *Schedule of Benefits*. X-ray and laboratory expenses incurred in conjunction with routine physicals, x-ray therapy, dentistry, eye refractions, or services received while a patient is in the hospital are covered by the Hospital benefits and are not covered by *this* benefit.

Subject to the limits in the applicable Schedule of Benefits, the x-ray and laboratory benefit will also pay for a:

**Pap test** once every two (2) years for all female participants and dependents age 18 or older.

**Mammogram** once each year for all female participants and dependents age 50 and older, and once every other year for female participants and dependents between the ages 40 to 49. All mammography services must be certified by the U. S. Food and Drug Administration. Medical professionals recommend that you perform a breast self-examination monthly, and that you regularly have a clinical breast exam performed by your doctor. Please contact the Fund Office for a handout on breast self-examination.

**Proctology screening** once each year for all male participants and dependents age 50 or older, and once every other year for male participants and dependents ages 40 to 49.

Please note that charges for office visits incurred as part of a routine physical examination will not be covered under this x-ray and laboratory expense benefit. This limitation applies even when you have a non-covered physical examination in conjunction with a covered PAP test, mammogram or proctology screening. The expenses of a physical examination may be covered under the Major Medical Benefits. (see Section 5).

## HEARING AIDS

This benefit covers the purchase and fitting of a hearing aid. The Plan will pay 100% of the usual, customary and reasonable cost up to a maximum of $1,000 for each ear. There is no deductible. The Plan will pay this benefit only once every thirty-six (36) months.

## SPECIAL RULES RELATED TO PREGNANCY AND CHILDBIRTH

Group health plans (like this Plan) and health insurance issuers generally may not, under federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans (including this Plan) and health insurance issuers may not, under federal law, require that a provider obtain authorization from the Plan or insurer (or, in the case of the Plan, from Alliance PPO) for a length of stay not in excess of 48 hours (or 96 hours as applicable).

## SPECIAL RULES RELATED TO MASTECTOMY COVERAGE

As required by the Woman's Health and Cancer Rights Act of 1998, the Plan covers the following medical services in connection with coverage for a mastectomy:

- reconstruction of the breast on which the mastectomy has been performed;

- surgery and reconstruction of the other breast to produce a symmetrical appearance; and

- prosthesis and treatment of physical complications in all states of mastectomy including lymph edemas.

Coverage for these medical services is subject to applicable deductions and co-insurance amounts under the Basic Medical, Major Medical and other provisions of the Plan.

## EXCLUSIONS

Basic Medical benefits are not provided for the following:

- All charges not specifically listed as covered expenses.

- Any confinement or medical care not recommended and approved by a legally qualified physician.

- Confinement or medical care which is caused by or results from pregnancy, childbirth or miscarriage of a dependent other than a dependent spouse.

- Oral surgery or treatment of fractures and dislocations of the jaw, unless it is the result of an accidental injury or for treatment of Tempero Mandibular Joint Syndrome.

- Eye refractions and the fitting of glasses.

- Any other general limitations listed in Section 15.

**5**

**MAJOR MEDICAL**



SCHEDULE OF BENEFITS

DEDUCTIBLE

BENEFIT AMOUNT

COVERED EXPENSES

EXCLUSIONS

| SCHEDULE OF BENEFITS (PARTICIPANT & DEPENDENTS) | CLASS 4 | CLASS 2 |
|---|---|---|
| **Deductible** | | |
| Per Person | $100 | $200 |
| Per Family | $200 | $400 |
| **Covered Amount** | | |
| For usual, customary and reasonable covered expenses only — UCR | 80% of the first $1,500 of covered expenses (in excess of the deductible) 100% of covered expenses above $1,500 | 80% of the first $10,000 of covered expenses (in excess of the deductible) 100% of covered expenses above $10, |
| The maximum major medical out of pocket payment for covered expenses per individual, per calendar year, after the deductible has been satisfied will be: | $300 (20% of $1,500) | $2,000 (20% of $10,000) |
| **Maximum Major Medical Benefit Payable** | | |
| Per calendar year | N/A | $50,000 |
| Per person per lifetime | $1,000,000 | $400,000 |
| **Well Baby Care (For eligible dependents through age three) (not subject to the deductible)** | | |
| Covered amount | 100% of UCR | 100% of UCR |
| **Routine Physical Examination (For participants and eligible dependents age four and above) (not subject to the deductible)** | | |
| Covered amount | 100% of UCR | 100% of UCR |
| Maximum annual benefit | $200 | $200 |
| **Chiropractic Services** | | |
| Covered amount | 80% of UCR | 80% of UCR |
| Annual Maximum | $1,000 | $1,000 |

## DEDUCTIBLE

Under Major Medical, you must pay the first $100 or $200 (depending on your Class of Benefits) of covered expenses for yourself. If you have dependents, you must pay the first $100 or $200 of covered expenses for each of them until you reach the family limit. This is called the **deductible**.

The Deductible applies only once in any calendar year. A new deductible applies each calendar year for each person covered under the Plan. However, if you have covered charges during the last three months of a calendar year, which are applied to that year's deductible, and the deductible is not yet met, you may carry over these charges and apply them toward the deductible for the following year.

## BENEFIT AMOUNT

Major Medical will pay 80% of the usual, customary and reasonable (UCR) amount of Covered Expenses after you pay your deductible. You must pay the expenses above UCR. After you have paid the maximum out-of-pocket expense (as shown for your class in the Schedule of Benefits), Major Medical will pay 100% of UCR.

The Major Medical Plan has a lifetime maximum per person. The maximum is listed in the Schedule of Benefits. However, after you have exhausted the lifetime maximum Major Medical benefit, $1,000 of available benefits will be added back into this lifetime maximum each January 1.

## COVERED EXPENSES

Covered medical expenses include usual, customary and reasonable charges for medically necessary services provided on the recommendation and approval of the attending physician in connection with the treatment of bodily injury or sickness for the following medical services:

**Hospital room and board;**

**Necessary charges for hospital services and supplies;**

**Necessary intensive care** unit charges in excess of the basic benefit for room and board;

**Physicians services** for performing surgical procedures and for medical care and treatment personally rendered in the presence of the patient. Charges for services in connection with mental illness, functional nervous disorders;

psychiatric or psychoanalytic care are typically not covered under Major Medical but may be covered under the Mental Health Benefit (Section 9 of this booklet);

**Treatment by an oral surgeon** for fractures and dislocations of the jaw due to accidental bodily injury and for cutting procedures in the oral cavity other than for extractions, repair and care of the teeth or gums;

**Graduate registered nurses** (RN's) for necessary private duty nursing services and licensed practical nurses for necessary private duty nursing services rendered in a hospital to a registered bed patient (other than a nurse who is related to the patient in any way);

**Transportation** by ambulance, regularly


scheduled airlines or railroad from the city in which the participant or dependent becomes disabled to, but not from, the nearest hospital qualified to provide treatment for such injury or sickness;

## X-ray

- X-ray examinations and microscopy and laboratory tests performed for diagnostic purposes;
- X-ray, radium and radioactive isotope treatments;

**Anesthetics** and the administration thereof;

**Medical supplies** prescribed by a legally qualified physician or surgeon including, but not limited to:

- Drugs and medicines provided during the course of a hospital stay, which are obtainable only by written prescription and which must be dispensed by a licensed pharmacist, excluding payments under the Prescription Drug Benefit described in Section 6;
- Bandages and surgical dressings;
- Appliances to replace lost limbs or eyes;
- Oxygen and rental of equipment for the administration of oxygen;
- Blood, blood plasma, and other fluids to be injected into the circulatory system;
- Casts, splints, trusses, braces, crutches; and

Rental of a wheelchair or hospital type bed and of mechanical equipment for the treatment of respiratory type illnesses. Charges for rental of durable medical equipment will be paid up to the purchase price. Charges for purchase of durable medical equipment will be covered only when the required length of rental would result in rental fees which exceed the purchase price of the equipment;

**Ambulatory Surgical Center** Services and supplies in connection with a surgical procedure. Pre-certification is required for all non-emergency ambulatory surgeries;

**Well baby care** Charges for routine doctor visits, testing and immunizations for dependent children through the age of 3. Benefits are paid at 100% of UCR rates and are not subject to the Major Medical deductible;

**Routine physical examinations** once every year up to $200 for participants and dependents age 4 and older. Benefits are paid at 100% of UCR charges and are not subject to the Major Medical deductible;

**Chiropractor** visits and manipulations up to $1,000 annually. Your Chiropractor must obtain pre-approval for all Chiropractic services for more than eight (8) visits per calendar year. Prior to your eighth treatment you or your Chiropractor must contact Alliance PPO for a concurrent review and pre-certification at 800-962-0643. If treatment is not pre-approved the Plan will pay nothing;



**Physiotherapy** by a legally qualified physiotherapist (excluding services rendered by a member of the family or a close relative). Your Physical Therapist must obtain pre-approval for all Physical Therapy services for more than eight (8) visits per calendar year. Prior to your eighth visit your or your physical therapist must contact Alliance PPO for a pre-certification and concurrent review at 800-962-0643. If treatment is not authorized by Alliance PPO before it is provided, the Plan will pay nothing;

**Vision therapy** Your or your dependent's attending physician must provide a certificate of medical necessity for any of these services before the Plan will pay for them and must perform periodic evaluations of the patients progress. In addition, preauthorization is required. If treatment is not authorized by Alliance PPO before it is provided, the Plan will pay nothing;

**Speech therapy** Your attending physician or your dependent's attending physician must provide a certificate of medical necessity for any of these services before the Plan will pay for them and must perform periodic evaluations of the patient's progress. In addition, preauthorization is required. If treatment is not authorized by Alliance PPO before it is provided, the Plan will pay nothing; and

**Occupational therapy** You or your dependent's attending physician must provide a certificate of medical necessity for any of these services before the Plan will pay for them and must perform periodic evaluations of the patients progress. In addition, preauthorization is required. If treatment is not authorized by Alliance PPO before it is provided, the Plan will pay nothing.

## EXCLUSIONS

Major Medical Benefits are not provided for the following:

■ All charges not specifically listed as covered expenses;

■ Charges for eye refractions or the purchase or fitting of hearing aids or glasses;

■ Charges for the care and treatment of the teeth, gums or alveolar process, and charges for dentures, appliances or supplies used in such care or treatment, unless such expenses are incurred as a result of, and within 12 months of, an accident or for the treatment of Temporal Mandibular Joint Syndrome;

■ Charges for, or in connection with, cosmetic surgery, unless such expenses are incurred as a result of an accident;

■ Charges for medical services, supplies or medications specifically for diet control;

■ Charges for services or supplies not related to treatment for illness or injury, such as routine immunizations, except as expressly allowed;

■ Charges for custodial or rest cures;

■ Charges for treatment rendered by the surgeon on the day of any surgical operation or the days of convalescence; and

■ Any other general limitations listed in Section 15 of this booklet.

**6**

**PRESCRIPTION DRUGS**



SCHEDULE OF BENEFITS

ADVANCE PCS

GENERIC PRESCRIPTION DRUG PROGRAM

VOLUNTARY FORMULARY PROGRAM

OPTIONAL MAIL ORDER PROGRAM FOR MAINTENANCE DRUGS

COVERED MEDICATIONS

LIMITATIONS AND EXCLUSIONS

| SCHEDULE OF BENEFITS | CLASS 4 | CLASS 2 |
|---|---|---|
| **Co-payment, per prescription** | | |
| Generic | $2.00 | $2.00 |
| Brand name drug if generic is not available | $2.00 | $2.00 |
| Brand name drug with letter of brand name medical necessity on file | $6.00 | $6.00 |
| Brand name drug without letter of brand name medical necessity | $2.00 plus the difference in cost between brand name and generic drug | $2.00 plus the differen in cost between brand na and generic drug |

## ADVANCE PCS

The Plan provides Prescription Drug Benefits for you and your eligible dependents through AdvancePCS, a prescription benefit provider under contract with the Plan.

Once you are covered under the Plan, you will receive a prescription drug card. Many pharmacists participate in the AdvancePCS Network and will accept the card. Once the pharmacist has filled your prescription, present the card plus a co-payment for each prescription. The Plan will pay the balance, provided that the prescription was filled with a generic drug, if available.

The pharmacist will tell you the number of doses or the type of drugs covered under the Plan. This card cannot be used for drugs or other items you can buy without a doctor's prescription or in connection with on-the-job illnesses or injuries. These limits are described on the following pages.

## GENERIC PRESCRIPTION DRUG PROGRAM

If there is a generic drug which can be safely substituted for a brand-name drug, the Plan will only pay for the cost of the generic drug. If you buy the brand-name drug, you must pay your pharmacist the difference in the wholesale price of the two drugs, in addition to the current co-payment.

Where no generic equivalent is available, the Plan will pay the full cost of the brand-name drug (subject to all of the existing exclusions and limitations), less the co-payment.

If your physician determines that a generic drug will not have the same effect

as the brand-name drug, for reasons that are particular to you, he may present relevant medical evidence to the Fund Office, and request that full coverage be provided for the brand-name drug. The doctor's medical evidence is called a "Brand Name Letter of Medical Necessity". Your doctor should send the letter to the Fund Office. It must include the patient's name and the specific brand-name drug being prescribed. If a Brand Name Letter of Medical Necessity is presented, you will only be responsible for the co-payment identified on the schedule above.

## VOLUNTARY FORMULARY PROGRAM

The prescription drug provider offers a voluntary formulary program. A formulary is a list of safe and cost effective drugs, chosen by a committee of physicians and pharmacists. Formularies have been used in hospitals for many years to help ensure quality drug use. If you voluntarily use drugs that are included in the formulary program, you and the Plan will save money because AdvancePCS has negotiated discount agreements with the pharmaceutical manufacturers. The Fund Office publishes a list of prescribed drugs which are included in the Voluntary Formulary.

## VOLUNTARY MAIL ORDER PROGRAM FOR MAINTENANCE DRUGS

If you are taking a maintenance drug, a mail order program is available for you. Maintenance drugs include medication for regular use over a long period of time. Such drugs are usually prescribed for heart disease, high blood pressure, asthma, diabetes, ulcers, anemia and other ailments.

To use this program simply take the appropriate form to your doctor and have your doctor write a prescription for a 90- day supply of your maintenance medication. Send this form and prescription to: AdvanceRx, P.O. Box 660783, Dallas, Texas 75266-0783

The rules regarding generic substitution apply to the mail order program. If you choose a brand-name drug where a generic can be substituted, you must pay the co- payment plus the difference in cost between the two drugs.

## COVERED MEDICATIONS

- Charges for drugs and medicines necessary for the care and treatment of a non-occupational accidental bodily injury or sickness that are prescribed by a legally qualified physician;

- Charges for drugs and medicines that can be obtained only by prescription and bear the legend, "Caution, Federal Law Prohibits Dispensing without a Prescription'" subject to the limitations and exclusions described below; and

- Viagra and other vasodilating agents, limited to 10 pills per month

### Oral Contraceptives

Oral contraceptives which are prescribed for the treatment of a disease (with a letter of medical necessity) will continue to be covered under the regular prescription drug program with the regular co-payments.

## LIMITATIONS AND EXCLUSIONS

The *maximum amount* or quantity of prescription drugs that will be considered as eligible charges may not exceed a 34-day supply when taken in accordance with the direction of the prescriber except:

- Maintenance drugs may be dispensed in amounts of not more than 100 units (tablets, capsules, etc.) even though, when taken in accordance with the prescriber's directions, such amount would exceed a 34-day supply. Maintenance drugs include such things as:

Nitroglycerine
Phenobarbital
Thyroid and Synthetics
Digitalis and Derivatives
Orinase

Diabenese
DBI, DBI-TD
Dymelor
Tolinase

Prescription Drug Benefits are not provided for the following:

- Charges which are not listed as covered charges;

- Charges for a non-legend, patent, or proprietary medicine or medication not requiring a prescription;

- Charges for appliances, supports and prosthetic devices such as, but not limited to, canes, crutches, wheelchairs, or any means of conveyance or locomotion; braces, splints, dressings, bandages, sick room equipment or



supplies; heat lamps or similar items; hypodermic syringes and/or needles; or oxygen;

- Charges for immunizing agents, biological sera, blood or blood plasma, injectables, or any prescription directing parental administration or use, except insulin;

- Charges for vitamins, vitamin prescriptions, cosmetics, dietary supplements, or health or beauty aids;

- Charges for medication that is to be taken or administered, in whole or in part, to the individual while a patient in a hospital, rest home, sanitarium, extended care facility, convalescent hospital, nursing home, or similar institution;

- Charges for drugs or medicines delivered or administered to the eligible individual by the prescriber;

- Charges for any drug labeled "Caution—Limited by Federal Law to Investigational Use," or experimental drugs, even though a charge is made to the individual;

- Charges for drugs procured without a physician's prescription;

- Charges for contraceptives (except oral contraceptives as described

above), contraceptive material or infertility medications, unless medically necessary and such medical necessity is certified by the Director of the Prescription Drug Program;

- Depo-Provera and Norplant;

- Charges for drugs prescribed for injury or sickness resulting from war or any act of war;

- Drugs obtained after the termination of eligibility for benefits under this Plan;

- Charges for brand name drugs which exceed the cost of available generic drugs, unless the brand name drug has been specifically determined by the physician as medically necessary and evidence of such determination is provided in writing to the Fund Office;

- Injectable Drugs (however, Imitrex and Epipen are covered);

- Diabetic Supplies including Test Strips, Lancets, monitors;

- Retin-A, Renova, and Differen for persons over age 25;

- Drugs used to treat Baldness;

- Nutritional Supplements;

- Growth Hormones; and

- Any other applicable general exclusions listed in Section 15.

7

DENTAL



SCHEDULE OF BENEFITS

DENTAL HEALTH CENTER AND ASSOCIATES

BENEFITS WITHIN THE DENTAL HEALTH CENTER NETWORK

BENEFITS OUTSIDE THE DENTAL HEALTH CENTER NETWORK

EXCLUSIONS

| SCHEDULE OF BENEFITS | CLASS 4 and Eligible Retirees | CLASS 2 |
|---|---|---|
| Basic Benefits | No cost or reduced cost for services performed by a participating dentist. If services cannot be performed by a participating dentist, you will be reimbursed up to the maximums allowed for in-network dentists | |
| Extended Benefits | Participant is responsible for 25% of UCR | None |
| Emergency care outside of network | $35 per patient per year | $35 per patient per year |

## DENTAL HEALTH CENTER AND ASSOCIATES

The Fund has contracted with Dental Health Center and Associates to provide dental benefits to eligible participants and dependents. If you live in Maryland, Virginia or the District of Columbia, you must use the Dental Health Center or one of the many participating dentists. The Dental Health Center is located at:

> 3700 Donnell Drive, Suite 215
> Forestville, Maryland 20747-3901
> 301-736-1400

Participating dentists will provide the same services at a location more convenient to you. A list of participating dentists can be obtained from the Fund Office. There are nearly 700 participating dentists located in:

> District of Columbia
> Maryland
> > Montgomery County
> > Prince George's County
> > Baltimore
> > Howard County

> Virginia
> > Alexandria
> > Falls Church
> > Arlington
> > Fairfax
> > City of Fairfax

To make an appointment for dental care, call the Dental Health Center or a participating dentist of your choice. You will not have to complete a claim form. If you cancel, notify the dentist at least 24 hours in advance or you will be charged for the broken appointment.

For 24-hour emergency service, please call the Dental Health Center or the participating dentist you last visited. If you are unable to reach and be treated by our Emergency Staff or if you are traveling anywhere in the USA, emergency care will be paid up to $35 per patient per year. A copy of your paid receipt should be mailed to Dr. Robert Cohen, 3700 Donnell Drive, Suite 215, Forestville, MD. 20747-3901, with an explanation of the circumstances.

## BENEFITS WITHIN THE DENTAL HEALTH CENTER NETWORK

### BASIC BENEFITS

The Plan provides the following services at no cost or reduced cost provided they are performed by a participating dentist:

**Routine oral examination**, limited to two visits per person per year (once every six months), plus emergency examinations;

**X-rays**, including single films, full-mouth series and bite wing x-rays. Full-mouth series are limited to one set per person every thirty-six months. Bitewing x-rays are limited to one set per person every six months. Panoramic x-rays may be substituted for full-mouth x-rays if a set of bitewings are taken at the same time for the initial diagnosis. The time/frequency limitations on full-mouth and bite wing x-wings do not apply to x-rays required due to accident, emergency, or unusual circumstances;

**Consultations**;

**Prophylaxis**, including cleaning, cleaning with fluoride paste, and scaling;

**Restorative dentistry** as follows:

- Deciduous teeth restorations, including pulpotomies, stainless steel crowns and sealants where indicated;
- All silver and composite fillings, unlimited in size and quantity, with local anesthesia;

**Gum treatment** of the following nature:

- Treatment for trench mouth, fungal and bacterial infections, bleeding gums, pain, injury, emergencies, canker sores and simple gingivitis;
- Scaling of teeth over and above the routine scaling of a thorough prophylaxis; gum treatment and/or scaling treatments are limited to a maximum of two treatments per person per year;

**Emergency treatments** including toothaches, infections, oral pain and accidents which do not require plastic surgery or hospitalization;

**Medications**, including "chair-side" analgesics (such as aspirin) to be given to the patient, as well as written prescriptions as needed;

**Anesthetics** Local anesthetics and general anesthesia for oral surgery;

**Oral surgery**, including extractions, impactions, cysts, abscesses, alveolectomy/ alveoplasty, biopsies and surgery due to accidents which do not require plastic surgery and/or hospitalization.

**Prosthetics**, including the construction of all full and partial dentures and removable bridges of the finest quality materials, repair of dentures, relining of dentures (a second set of dentures may be



provided after a period of five years, if necessary); and

**Emergency dental** Reimbursement of charges for emergency dental services performed anywhere in the United States and paid for by a participant, up to the maximum of $35 per person per year, upon presentation of a paid bill.

## EXTENDED BENEFITS

The following services are paid for in part by the Plan up to a maximum of $4,000 per year, per family. The participant is responsible for 25% of the usual, customary and reasonable charges for the following services:

- Endodontic treatment;
- Periodontal treatment;
- Crown and Bridge work (maximum of five crowns per year, per family); and
- Orthodontics.

## BENEFITS OUTSIDE THE DENTAL HEALTH CENTER NETWORK

If you reside in a state *other* than the District of Columbia, Maryland or Virginia *and* you are unable to get to the Dental Health Center or any of the participating dentists, you may submit a paid receipt for direct reimbursement and you will be reimbursed up to the maximums allowed for in-network dentists. The bill should be sent to Dr. Robert Cohen, 3700 Donnell Drive, Suite 215, Forestville, Maryland 20747

## EXCLUSIONS

The following are not covered under the Dental Benefit provisions of the Plan:

**Expenses** incurred after termination of eligibility, except:

- Temporary fillings will be replaced with permanent fillings for a period of thirty days following termination,

- Prosthesis in progress at time of

termination will be completed and adjusted, with the person assuming responsibility for payments for adjustments beginning thirty days after termination.

- Any procedure begun while the person was not eligible under this Plan;

- Hospital administered anesthesia or general anesthesia for restorative

dentistry procedures or fillings;

- Separate fluoride treatments;

- Panoramic x-rays, except as substituted for a full-mouth x-ray;

- Implants or temporo-mandibular joint treatment or diagnosis, including such procedures as bite planes;

- Bedside calls, either home or hospital;

- Treatment of any person whose medical condition would, in the estimation of the director of dental services, make conduct of dental services in the office unsafe or hazardous to that person's health;

- Any cosmetic, beautifying or elective procedure;

- Recementing of inlays, crowns or bridges;

- Services of a dentist or other practitioner of the healing arts not approved by the Plan;

- Experimental procedures, implantation or pharmacological regimens;

- Proprietary drugs, available with or without prescription;

- Convenience and personal items;

- Services for injuries or conditions which are covered under Workers'

Compensation or Employer's Liability Law;

- Oral surgery requiring the setting of fractures or dislocations;

- Treatment of malignancies, cysts, neoplasms or congenital malformations;

- Replacement of dentures, crowns or bridgework less than five years old;

- Services which, in the opinion of the attending dentist, are not necessary for the patient's dental health;

- Services provided by or paid for by any governmental agency (whether state, federal or otherwise) or under any governmental plan or law, except as to charges which the person is legally obligated to pay, unless otherwise required by applicable law, which exclusion extends to any benefits provided under the United States Social Security Act and its amendments;

- Services covered under any other group plan or Employer, union, or association sponsored plan;

- The placement of bone grafts or extra-oral substances in the treatment of periodontal disorders;

- Treatment of any disease contracted, or injuries sustained as a result of war, declared or undeclared and any illness

or injury occurring after the effective date of this Plan and caused by atomic explosion, whether or not the result of war;

■ Prophylaxis more frequently than once every six months;

■ Emergency treatment which entails plastic surgery or hospitalization; and

■ Any other applicable general exclusion listed in Section 15 of this booklet.

8

VISION CARE



SCHEDULE OF BENEFITS

GROUP VISION ASSOCIATES (GVA)

BENEFITS WITHIN THE GVA NETWORK

BENEFITS OUTSIDE THE GVA NETWORK

ELIGIBLE FEES

| SCHEDULE OF BENEFITS | CLASS 4 AND CLASS 2 | ELIGIBLE RETIRE |
|---|---|---|
| **MAXIMUM ALLOWABLE BENEFITS WHEN USING IN-NETWORK PROVIDERS** | | |
| Examination (annually) | 100% | 100% |
| Lenses (annually) | 100% | 100% |
| Frames (every other year) | 100% | 100% |
| Contact Lenses (in lieu of lenses and frames) | $105.00 | $93.00 |
| **MAXIMUM ALLOWABLE BENEFITS WHEN USING OUT-OF-NETWORK PROVIDERS** | | |
| Examination (annually) | $50.00 | $30.00 |
| Lenses (annually) | | |
| Single Vision | $12.00 | $12.00 |
| Bifocal | $24.00 | $22.00 |
| Trifocal | $36.00 | $22.00 |
| Frames (every other year) | $50.00 | $50.00 |
| Contact Lenses (in lieu of examination, lenses and frames) | $105.00 | $93.00 |
| Emergency Care | $35.00 per year | $35.00 per |

## GROUP VISION ASSOCIATES

The Plan provides Vision Care Benefits for you and your eligible dependents through Group Vision Associates (GVA). GVA is a Preferred Provider Organization specializing in vision care at negotiated rates. The Fund will provide you with a listing of GVA vision specialists, upon request.

To claim your GVA vision benefits:

- Contact the Fund Office for a Certificate of Eligibility (GVA claim form) and a listing of GVA vision specialists;

- Select a vision specialist from the list and schedule an appointment; and

- Be sure to take your Certificate of Eligibility (GVA claim form) to the appointment.

## BENEFITS WITHIN THE GVA NETWORK

The following benefits are available though a GVA vision specialist:

**Eye Examination**  Provided once per calendar year at no cost to you. Visual analysis includes: case history, external exam, ophthalmoscopic exam, visual acuity, keratometry, fusion testing, retinoscopy, color vision testing, muscle balance testing, visual acuity obtained and prescription given, and an electronic tonometry (glaucoma test).

**Dispensing Services**  If the eye examination indicates the need for lenses and/or frames, the following will be provided at no cost to you once per calendar year: consultation/ instructions regarding vision problems, prescribing and ordering lenses, assistance in frame selection, proper fitting and adjustment of glasses, verification of accuracy of finished glasses, and follow up maintenance and frame adjustments as required.

**Lenses**  Clear, single vision or standard bifocal, glass or plastic lenses (all powers and sizes of lenses) are provided once per calendar year at no cost to you.

**Frames**  A selection of first quality frames is available every other calendar year at no cost to you.

**Contact Lenses – Medically Necessary**  The Plan will pay an allowance of $105 for Class 4 ($93 for Class 2) towards the doctor's fee for services and materials once per calendar year. This is in lieu of lenses and frames.

**Contact Lenses – Cosmetic**  The Plan will pay an allowance of $105 for Class 4 ($93 for Class 2) towards the doctor's fee for services and materials only in the calendar year when the participant or dependent is eligible for both lenses and frames. This is in lieu of lenses and frames.

You will be responsible for the added cost of:

- Special options such as photosensitive, cosmetic tinted, or over-sized lenses
- Special type of frames (e.g. a designer frame) which exceed the maximum allowable benefit
- A second pair of glasses:
  - if you request a second pair of glasses at the initial examination, you will pay only the laboratory cost for the glasses, plus material service fees.
  - if your request occurs at a later time, you will be required to pay the "usual and customary charge" for the second pair of glasses.

## BENEFITS OUTSIDE THE GVA NETWORK

Though a more costly and less prefer-able option, you may seek vision care from a source outside of the GVA Network. You must find a provider and pay all of the expenses out-of-pocket. When you provide a proper, itemized bill to the Fund Office, the Plan will reimburse you according to the schedule of benefits. You will be responsible for all costs in excess to the benefits listed on page 45.

## EXCLUSIONS

The following services are not covered under the Vision Care Benefits of the Plan:

- Examinations, lenses, frames, or contacts obtained more frequently than provided by the Plan;

- Non-prescription glasses, sunglasses, safety glasses or goggles or the fitting thereof;

- Surgical or medical care of eye disease or injury, other than a vision examination;

- Visual training, orthoptic, aniseilconia, or reading rate and comprehension studies;

- Expenses incurred prior to the date of eligibility or after termination of eligibility;

- Services covered under a Workers' Compensation Law or plan;

- Expenses for which benefits are not payable under the Plan;

- Radial Keratotomy; and

- Any other applicable general exclusions listed in Section 15.



SCHEDULE OF BENEFITS

HEALTH MANAGEMENT CENTER INC.

BENEFITS WITHIN THE HEALTH MANAGEMENT CENTER NETWORK

BENEFITS OUTSIDE THE HEALTH MANAGEMENT CENTER NETWORK

EXCLUSIONS

| SCHEDULE OF BENEFITS | CLASS 4 | CLASS 2 |
|---|---|---|
| Out-patient visits | 50 per year | 50 per year |
| In-patient days | 30 per year | 30 per year |
| In-Network the Fund pays | 90% of rates negotiated by Health Management Center, Inc. | |
| Out-of-Network the Fund pays | 70% of UCR used by the Plan (non-network providers may bill you for amounts in excess of... | |

## HEALTH MANAGEMENT CENTER INC.

Health Management Center Inc. (HMC) is the gatekeeper for the Plan's Mental Health benefits (which includes nervous conditions). You must obtain prior authorization to access the Plan's Mental Health benefits by calling HMC at 800-472-4992 or 414-259-0506. If you do not obtain pre-authorization from HMC, the Plan will pay only 70% of the usual, customary and reasonable schedule used by the Plan and you are subject to balance billing by the provider.

HMC representatives are available 24 hours a day, 7 days a week for emergency authorization requests for psychiatric services. If the need for treatment is not urgent, HMC's customer service representatives and in-take counselors are available 8:00 a.m. through 6:00 p.m. Eastern Time Monday through Friday.

**You must obtain p authorization to a the Plan's Mental benefits by calling Health Manageme Center Inc. at 800-472-4992 o 414-259-0506.**

## BENEFITS WITHIN THE HEALTH MANAGEMENT CENTER NETWORK

The Plan provides:

- 50 outpatient mental health visits per year, such as to a psychiatrist, psychologist, or social worker. A group therapy visit will count as only half a visit.

- 30 in-patient mental health days per year. Days in treatment in a partial or day hospitalization (a setting that does not require the patient to stay over night) count as half an in-patient day.

## BENEFITS OUTSIDE OF THE HEALTH MANAGEMENT CENTER INC. AREA

If you live more than 20 miles from a Health Management Center Inc. network practitioner (e.g., psychiatrist, psychologist, or social worker) or 40 miles from a HMC network facility you should call HMC prior to the initial visit, and their staff will work with you to obtain a provider who is willing to join the network. As long as you work through HMC you will receive the higher level of benefits; i.e., your financial liability will be limited to 10 percent of the UCR schedule used by the Plan.

## EXCLUSIONS

Any applicable general exclusions listed in Section 15 of this booklet.



10

DRUG & ALCOHOL DEPENDENCY



| SCHEDULE OF BENEFITS | CLASS 4 | CLASS 2 |
|---|---|---|
| Maximum payment for in-patient rehabilitation | $5,000 | $5,000 |

C.A. Mayo & Associates, Inc. is the Director for the Plan's drug and alcohol dependency benefits (sometimes called the EAP Director). All treatment for drug and alcohol dependency must be authorized in advance by calling C.A. Mayo at 301-699-0344.

## BENEFITS PROVIDED

This benefit provides confidential treatment for drug and alcohol dependency. Benefits include:

- Outpatient counseling;
- Inpatient rehabilitation treatment at an approved Rehabilitation Center;
- Inpatient detoxification at an approved Hospital or Rehabilitation Center; and

- After-care, consisting of outpatient counseling and monitoring of the participant's or dependent's progress.

These benefits are provided at no cost to the participant with the exception that the maximum payment for inpatient treatment is limited to $5,000.

**All treatment for and alcohol depen: must be authorize in advance by call C.A. Mayo at 301-699-0344.**

## LIMITATIONS AND CONDITIONS

- No claims for treatment of alcohol or drug dependency will be paid unless specifically approved in advance by C.A. Mayo & Associates, Inc.

- No participant or eligible dependent will be covered for more than one admission for inpatient treatment unless:

  (a) he or she has fully completed the

after-care program following discharge from the previous inpatient treatment, or

(b) it is determined by C.A. Mayo, Inc that additional detoxification is necessary during the course of the after-care treatment.

- Any other general limitations listed in Section 15 of this booklet.





## BENEFITS PROVIDED

**D**isease Case Management is offered to participants identified with chronic medical conditions (i.e. hypertension, diabetes, heart-related conditions, etc.). Disease Case Management is provided by Alliance PPO/HomeCall. This is a voluntary program.

The goal of the Alliance/HomeCall program is to improve your quality of life by reducing future health problems and improving your understanding of your medical condition. The program includes:

- educational material which will help you better understand and manage your disease and ensure that the best level of professional health care is being provided,

- work with the medical professionals who can provide support, education and assistance in the management of your specific health care needs, and

- one home skilled visit (nursing, nutritionist, etc.).

Services are coordinated with Alliance Utilization Management. The Alliance HomeCall staff will contact you via telephone and/or mail to initiate participation in the program. A registered nurse will explain the program, answer questions about your health care and work with your physician to develop a plan of care.

If you feel that you are in need of services and are not contacted, call HomeCall Disease Management toll free at 877-752-5256.

The plan pays for all costs associated with this program. There is no cost to you or your dependents.

**HomeCall Disease**
**Management -**
**877-752-5256**

**12**

**ACCIDENT/SICKNESS**



SCHEDULE OF BENEFITS

EXCLUSIONS

| SCHEDULE OF BENEFITS | CLASS 4 | CLASS 2 |
| --- | --- | --- |
| Maximum weeks for one disability | 52 | 39 |
| First 26 weekly payments | $225 | $100 |
| Excess over 26 weekly payments | $275 | $100 |
| Commencement date of payments | | |
| Accident/Injury | Day 1 | Day 1 |
| Illness | Day 8 | Day 8 |

Weekly Accident and Sickness Benefits are provided to replace income lost when you are out of work due to a non-occupational accident or sickness that prevents you from performing any and every duty pertaining to employment.

Benefits begin with the first day of an accident disability and the eighth day of an illness and continue for the duration of any "one continuous period of disability" up to the maximum shown in your Schedule of Benefits. "One Continuous Period of Disability" includes all periods of disability which are due to the same or related cause or causes and which are separated by less than 90 days of continuous full time, active work. A return to full time, active work for a period of at least 90 days will qualify a subsequent disability as a new disability irrespective of its cause or causes.

### Filing for Weekly Accident and Sickness Benefits

To apply for this benefit, contact the Fund Office. You will be given forms and procedures to follow. The claim form has four parts. You, your employer and your physician must each complete a part of the application form. When all parts are completed, mail or take the claim form to the Fund Office for processing.

### EXCLUSIONS

You will not be entitled to the Weekly Accident and Sickness Benefit if during any period of disability you:

- Are not under the direct care of a Licensed Physician;
- Are already on vacation and receive vacation pay when the disability commences;
- Are receiving sick pay or any other pay from your employer;
- Are receiving benefits under any Workers' Compensation Act or similar legislation; or
- Are eligible under the Plan but were not actively at work on the date the disability began.

**13**

**LIFE INSURANCE**



SCHEDULE OF BENEFITS

IF YOU BECOME DISABLED

CONVERSION OF LIFE INSURANCE

ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

| SCHEDULE OF BENEFITS | CLASS 4 | CLASS 2 |
|---|---|---|
| Participant Life Insurance | $50,000 | $10,000 |
| Payable on death from any cause (Subject to the terms of the Insurance Contract) | | |
| Dependent Life Insurance | | |
| Payable to the participant only for death of an eligible dependent from any cause | | |
| Spouse | $6,000 | N/A |
| Dependent Child * | $3,000 | N/A |
| *A dependent child must be over 14 days old to be covered by Dependent Life Insurance. | | |

Life insurance benefits are provided under a contract with an insurance company and are subject to the terms of that insurance contract.

## IF YOU BECOME DISABLED

Life Insurance coverage will be continued if you become permanently and totally disabled while insured and you were not yet age 60 at the time you became disabled. This is called Waiver of Premium. You must furnish proof of your disability to the Fund Office within one year of your disability. Coverage will be extended one year at a time if you furnish proof of continued disability each year within three months of the anniversary of initial proof. Waiver of Premium will terminate at age 60. Contact the Fund Office to find out how to get this continuing life insurance coverage. The Waiver of Premium feature is not available for spouse and dependent life insurance.

**A dependent child be over 14 days o be covered by Dependent Life Insurance.**

## CONVERSION OF LIFE INSURANCE

If you cease to be eligible for benefits under the Plan but would like to continue your life insurance, conversion to an individual policy of insurance is available. If you are interested, notify the Fund Office and they will provide you with forms. Once you convert the policy, you will be solely responsible for payment of premiums and the relationship will be between you and the insurance company. You do not have to provide evidence of insurability to obtain coverage.

## ACCIDENTAL DEATH & DISMEMBERMENT INSURANCE (AD&D) (PARTICIPANT ONLY)

| SCHEDULE OF BENEFITS | CLASS 4 | CLASS 2 |
|---|---|---|
| For accidental loss of life or any two or more members (hands, feet, eyes or any combination) | $50,000 | $10,000 |
| For accidental loss of one member (hand, foot or eye) | $25,000 | $5,000 |

Accidental Death and Dismemberment benefits are provided under a contract with an insurance company and are subject to the terms of that insurance contract.

If you have an accident that results in the loss of your life, your beneficiary will receive a benefit payment in the amount shown in the schedule above. This amount is in addition to your Life Insurance benefit.

If you have an accident that results in the loss of:

- two hands,
- two feet,
- the vision in two eyes, or
- any combination of hands, feet, and eyes,

within 180 days of an accident, the Plan will pay the full amount listed in the schedule above. The benefit for loss of one hand, one foot or one eye is also listed in the above schedule.

## No Accidental Death and Dismemberment benefit will be paid for any loss due to:

- Suicide or intentionally self-inflicted injury;
- Bodily or mental disease;
- Infections, except those resulting from a cut or wound caused by an accident;
- War or service in the military;
- Riding in or descending from a plane as a pilot or a crew member;
- Injury which occurs when you commit or attempt to commit a felony;
- Use of any drug, narcotic or hallucinogenic agent, unless prescribed by a doctor, which is illegal, or not taken as directed by a doctor or the manufacturer.

No more than the full amount will be paid for all losses from any one accident.



**14**

**RETIRED PARTICIPANTS**



ELIGIBILITY FOR RETIREE BENEFITS

SCHEDULE OF BENEFITS

## ELIGIBILITY FOR RETIREE BENEFITS

If you retired on or after January 1, 1980, you are not eligible for any benefits from this Plan. You may be eligible for coverage under the medical benefit part of the Teamsters Local 639 — Employers Pension Trust. Ask the Fund Office for information about this other plan.

If you retired on or after December 1977 but prior to January 1, 1980 and satisfied the rules for retiree eligibility in effect at the time you retired you continue to be eligible for the benefit corresponding to the "P" category in which you were placed at retirement (P1, P3, P6, P11, P14, P15, P20 or P21), but only as long as you make the monthly payments required for your particular category of coverage.

If you retired prior to December 1, 1977 and satisfied the rules for retiree eligibility in effect at the time you retired, you continue to be eligible for the benefits corresponding to the "NP" category in which you were placed at retirement (NP1, NP2, NP3 or NP4).

## RETIREE BENEFITS UNDER THIS PLAN

### EDULE OF BENEFITS

**ital Expense Benefit** (for retiree categories NP2, NP3, NP4, P11, P14, P15, P20 and P21)

| | |
|---|---|
| ily room and board (Maximum of 70 days per confinement for one disability) | Up to $21 |
| ditional hospital charges | $550 |

**ical Expense Benefit** (for retiree categories NP2, NP3, NP4, P11, P14, P15, P20 and P21)

| | |
|---|---|
| bject to the Surgical Procedure Schedule | Up to $300 |
| e-certification may be required | |

**or Visits** (for retiree categories NP2, NP3, NP4, P11, P14, P15, P20 and P21)

| | |
|---|---|
| hospital only, per visit | |
|    Maximum one visit per day | $5 |
|    Maximum per calendar year | $155 |

**y & Laboratory Expense Benefit** (for retiree categories NP2, NP3, NP4, P11, P14, P15, P20 and P21)

| | |
|---|---|
| aximum per calendar year | $200 |

**cription Drug Benefit** (for retiree categories NP1, NP2, NP4, P1, P3, P11, P15, P20 and P21)

| | |
|---|---|
| -payment, per prescription | |
|    Generic | $2 |
|    Brand Name Drug if Generic is not available | $2 |
|    Brand Name Drug with Letter of Brand Name Medical Necessity on file | $6 |
|    Brand Name Drug without Letter of Brand Name Medical Necessity | $2 plus the cost difference between brand name and generic |
|    (See Section 6 for benefit information) | |

**al** (for retiree categories NP1, NP2, NP3, NP4, P6, P14, P20 and P21)    **Provided by Dental Health Center and Associate Dentists**

(See Section 7 for benefit information)

**n Care** (for retiree categories NP1, NP2, NP3, NP4, P3, P6, P15, P20 and P21)    **Provided through Group Vision Associates (GVA)**

(See Section 8 for benefit information)

**Insurance (Participant only)**

| | |
|---|---|
| yable on death from any cause | |
| ass A—Limited to retiree categories NP2, NP3, P11 and P20 | $1,000 |
| ass B—Limited to retiree categories NP4, P14, P15 and P21 | $3,000 |





## TYPES OF SERVICE PROVIDERS

The Plan will, within the limits set forth in this Summary Plan Description and the Plan Document, pay for services provided by the following health professionals:

- Doctor of Medicine (MD),
- Doctor of Chiropractic (DC),
- Doctor of Dental Surgery (DDS),
- Doctor of Dental Medicine (DMD),
- Doctor of Osteopathy (DO),
- Doctor of Podiatry Medicine (DPM),
- Doctor of Psychology (DPs/PsyD),
- Doctor of Optometry (OD).
- Licensed Practical Nurse (LPN),
- Registered Nurse (RN),
- Licensed Clinical Social Worker (LCSW),
- Licensed Physical Therapist (LPT), or a
- Licensed Certified Midwife (LCMW)

The Plan will also cover other such providers who are providing care under specific referrals from one of the above-mentioned providers, or who are affiliated with an organization which is under the direct supervision of one of the above-mentioned providers. These other service providers must be licensed under the laws of the state in which treatment is performed. The services they render must be within the scope of their specific license.

## SERVICES NOT COVERED

The Plan does not pay claims for the following:

- Expenses for care which is not medically necessary, except as previously specified;

- Expenses in excess of the Usual, Customary and Reasonable fee;

- Work-related injuries or illnesses (see Workers' Compensation provisions on page 69 of this booklet);

- Charges for confinement or services in a Veterans' Administration or other government hospital in connection with any service related injury or illness;

- Charges for losses resulting from war or an act of war;

- Charges for an injury or sickness contracted while in the Armed Forces;

- Charges for cosmetic, elective or reconstructive surgery except as previously specified;



Charges incurred in connection with pregnancy, childbirth or miscarriage other than such charges incurred by the participant or the participant's legal spouse;

Expenses for custodial care, except as directed by C. A. Mayo & Associates or the Director of Alliance PPO, Inc.;

Charges for services provided by a licensed social worker, or other certified specialist for the treatment of mental and nervous disorders, unless such services are provided under the direction of a psychiatrist or psychologist;

Expenses you are not required to pay;

Charges for, or in connection with, services and supplies which are experimental or investigational including any treatment, drug, or supply which is not recognized as acceptable medical practice, or any items requiring governmental approval which was not granted at the time the services were rendered;

Charges for education, training, and/or bed and board while a participant or eligible dependent is confined in an institution which is primarily a school or institution for training, a place of rest, a place for the aged or a nursing home;

Charges for which payment is provided under a governmental program, regardless of whether or not the participant elects to participate in the program;

Charges for procedures which are not prescribed by a legally qualified physician and/or are not medically necessary;

Charges for the treatment of obesity;

Charges for the care of corns, bunions (except capsular or bone surgery therefore), calluses, nails of the feet, fallen arches, weak feet, chronic foot strain or symptomatic complaints of the feet except where major surgery is performed;

Charges for transsexual operations or any care or service associated with this type of operation;

Charges for the purchase or rental of air conditioners, humidifier, exercise equipment, whirlpools or similar devices;

Charges for services for which a claim is filed later than one year from the date the service was rendered; and

Expenses for educational training.

## In Addition

Multiple periods of disability or confinement will be considered continuous unless separated by 90 days of employment. For dependents, a period of disability will be considered continuous unless separated by 90 days between surgical procedures performed for the same or related causes.

When two or more surgical procedures are performed at the same time and in the same operative field, payment will be made for only that operation for which the largest amount is scheduled.

Benefit payments for treatment related to mental or nervous disorders are limited to the annual and lifetime maximums described in the applicable Schedule of Benefits for Mental Health Benefits (see Section 9 of this booklet). Benefit payments for treatment related to drug and alcohol dependency are limited to the maximums described in the applicable Schedule of Benefits for Drug and Alcohol Dependency Benefits (see Section 10 of this booklet).



These special provisions apply only to you. No benefit payments will be made for workers' compensation claims submitted on behalf of your spouse or any dependents.

Your health Plan has been designed to provide coverage for you and your eligible dependents for illnesses or injuries that are not job related. In today's world of rising medical costs, you must be extremely careful not to submit work-related claims for payment by the Fund. You also have to be careful not to use your prescription drug card to obtain medications for a work-related injury or illness.

By law, your employer is required to provide you with medical coverage for all work-related illnesses or injuries. This also applies to your spouse and dependent children if they are working full or part time.

The Board of Trustees recognizes, however, that if your employer's insurance carrier denies your initial Workers' Compensation claim, the appeal process may take a long time. Consequently, the Board has adopted provisions with respect to work-related injuries and illnesses so that you can, in appropriate cases, get some interim financial relief from the Fund while

**applies only to tl participant.**

you go through the Workers' Compensation appeal process.

In accordance with these provisions, you must comply with the following procedures in order to be considered for interim financial relief from the Fund for work-related injuries or illnesses:

**reful not to use prescription drug o obtain ations for a work- d injury or illness.**

1. If you suffer a work-related injury or illness, you must file a claim with your employer's Workers' Compensation insurance carrier.

2. If your employer's Workers' Compensation insurance denies your claim for benefits, you must appeal this decision to the appropriate administrative authority. In Virginia, your appeal would be made to the full Industrial Commission; in Maryland, your appeal would be made to the Workers' Compensation Commission; in the District of Columbia, your appeal would be made to the Hearing Officer of the Department of Employment Services.

3. You may file a claim for benefits from the Plan once you appeal to the appropriate Workers' Compensation authority. The Trustees will consider the payment of benefits in accordance with Plan provisions provided that you comply with the requirements in Section 16 regarding Reimbursement

and Subrogation and complete a Reimbursement and Subrogation Agreement assigning to the Fund any benefits you receive as a result of your Workers' Compensation appeal. The Reimbursement and Subrogation Agreement must be completed by you and the attorney who represents you in your Workers' Compensation appeal. The attorney must also confirm in writing that you are appealing the Workers' Compensation decision and provide the name of the jurisdiction in which the appeal has been filed. Your claim for benefits will be considered only after you and your attorney sign the Reimbursement and Subrogation Agreement and provide the necessary information.

4. When the Workers' Compensation appeal authority makes its decision, you must forward a copy of this decision to the Fund Office. If the decision is in your favor and grants you Workers' Compensation benefits, you must reimburse the Fund all benefits paid on account of the work-related injury or illness, in accordance with the terms of the Reimbursement and Subrogation Agreement both you and your attorney signed.

If the Workers' Compensation appeal authority's decision is not in your favor, you still have the right to appeal the decision to the appropriate court in the jurisdiction involved. If you do so, the Reimbursement and Subrogation Agreement (assignment of benefits) you and your lawyer signed will remain in effect and will continue to be binding. If you do not appeal the decision, the Fund will recognize the claim you filed as a legitimate, non-work-related claim and will not require you or your attorney to reimburse the Fund for benefits that were paid on your behalf.



## ENROLLING IN THE PLAN

When you first become covered under the Plan, you must fill out an individual enrollment card for the Fund Office providing information about you and your dependents. You must also update your enrollment information whenever there is a change in the status of your dependents (for example, a change of address, new baby, removal of a spouse due to divorce). You will be given a medical card and a prescription drug card for proof of participation in the Health Plan.

When you need medical benefits, simply make an appointment with a medical care provider. In most instances they will complete and submit any needed claim forms. For some benefits (like the Weekly Accident and Sickness benefit) you will need to get a claim form from the Fund Office. Your Union Representative or Employer may also have a supply. Complete the claim form and return it to the Fund Office.

You must be sure your claim form is filed in the Fund Office within 12 months of the date of service. If you do not file within the time limit, no payment will be made from the Trust.

## CLAIM APPEAL

If your claim for benefits from the Plan is denied, in whole or in part, you will be notified within 90 days (45 days in the case of a claim for Weekly Accident and Sickness benefits) of the Fund Office's receipt of your claim form. If a decision on your claim cannot be made within 90 days (45 days in the case of a claim for Weekly Accident and Sickness benefits), the period may be extended for up to an additional 90 days (or for two additional 30 day periods in the case of a claim for Weekly Accident and Sickness benefits). If an extension is necessary, you will be notified in writing.

If you feel the Fund Office incorrectly turned down a claim or owes more money on a claim, you must appeal in writing to the Fund Office within 60 days (180 days in the case of Weekly Accident and Sickness benefit) after your claim is denied. Your appeal should be addressed to the Board of Trustees and explain why you think the claim should be paid or additional money is owed. You must include all facts and theories that support your appeal. Failure to include facts and theories may result in waiver of your arguments. If you need help with filing your appeal, please contact the Trust Fund Manager. Make sure your written appeal is filed within the 60-day or 180-day limit.

The Trustees will review your appeal during a scheduled meeting. If there are at least 30 days until the next meeting of the Trustees, the Trustees will normally consider the appeal at that meeting. If not, your claim will be considered at the next scheduled meeting. If there are special circumstances, such as the scheduling of a hearing of the participant's appeal, it may be necessary to postpone the decision for yet another meeting, but a decision will be made no later than the third meeting. If your appeal is deferred, written notice of the extension of time will be sent to you prior to the beginning of the extension. If a hearing is to be held, you and/or your duly authorized representative will be invited to submit all pertinent material relevant to the benefit claim being processed. The Trustees' written decision on your appeal will be sent to you and will explain the specific reasons for their decision.

**ave the nsibility to fully n the Plan of any ll health insurance age available to nd your eligible idents.**

Under the terms of your Plan, you are not entitled to be paid more than 100% of your covered expenses from this Plan and any other plan combined. Payments you or your dependents receive from other sources can affect payments from this Fund. The Fund Office will work with you or your dependent's other health plan to ensure you receive all the benefits to which you are entitled.

When two plans provide the same coverage, one is primary, the other is secondary. The primary plan will pay benefits first and without consideration of the other plan(s). The secondary plan then makes up the difference up to the total allowable expenses. The order in which benefits will be determined is as follows:

1. A plan covering a person as an employee will be the primary plan. A plan covering a person as a dependent will be the secondary plan.

2. If a dependent child is covered under both parents' plans, the plan of the parent whose date of birth (without regard to year of birth) occurs earlier in the calendar year will be the primary, and the plan of the other parent will be secondary.

3. When the rules of paragraphs (1) and (2) do not establish an order of priority, the plan which has covered the person for the longer time will be considered primary.

4. When the parents are unmarried (whether by reason of divorce or otherwise) the order is:
   The plan of the parent with sole legal custody is primary. The plan of the parent without custody is secondary.

Where both or neither parent has legal custody, then the rule of paragraph (2) shall apply.

- If a person with custody has remarried, the order of priority is:
  - The plan of the parent with custody,
  - The plan of the step-parent, and
  - The plan of the parent without custody.

5. If there is a court decree, which states that one of the parents is responsible for the child's health care expenses, the plan of that parent will be primary. The order will supersede any order given in paragraph (4).

6. If a person is covered under more than one plan, and the rules of paragraphs (1) through (4) do not resolve the order of priority, then the plan he or she was covered under longer will be primary except as follows:

- A group plan that covered a person other than as a laid off or retired employee, or dependent of such person, will be primary.

- A group plan that covers a person as a laid-off or retired employee, or dependent of such person, will be secondary.

7. A plan that contains no coordination of benefits rule is always primary.

8. A governmental plan is always primary, unless required by statute.

9. If a retired participant is eligible for Medicare, this Plan will not provide for payment of any of the benefits that are provided under the Medicare Program, regardless of whether the retired participant elects to enroll in the Medicare Program.



You have the responsibility to fully inform the Plan of any and all health insurance coverage available to you and your eligible dependents. You must disclose this information on the Individual Enrollment Card that you complete at the time you attain eligibility. You are also obligated to inform the Plan at any time that the information regarding other health insurance coverage changes.

If your or your dependent's injury or illness was caused by the action or inaction of another person or party, that person or party may be responsible for your hospital or medical bills. Automobile accident injuries or personal injury suffered on the job or on another's property are examples.

Since collecting payments for these

expenses from the third party may take a long time, the Plan will provide covered benefits, but the Fund must be repaid from any settlement, judgment or Workers' Compensation recovery you or your dependents may receive. You will be required to sign a form that acknowledges the Fund's right to be reimbursed and verifies that you will help the Fund secure its rights. The form must be completed before the Fund will make payments on your or your dependent's behalf. If you or your dependent brings a liability claim against a third party, benefits payable under the Plan must be included in the claim. When the claim is resolved, you or your attorney (if your attorney is holding the monetary recovery) must hold any monetary recovery in constructive trust and promptly reimburse the Fund for the benefits provided, up to he amount of the monetary recovery. You and your attorney (if your attorney is holding the monetary recovery) shall be fiduciaries with respect to the monetary recovery. In addition, the Fund shall have an equitable lien upon, and will have first priority in any recovery regardless of the manner in which the recovery is structured or worded and regardless of whether you have been "made

whole" by the settlement. The Fund's reimbursement will not be reduced by attorney's fees, absent consent of the Board of Trustees. In addition to its right to reimbursement, the Fund is subrogated to your and your dependents' claim and may therefore make a claim or bring any action against such third party to recover any benefits paid on your or your dependents' behalf by the Fund.

You are legally obligated to avoid doing anything that would prejudice the Fund's rights of reimbursement. However, the Fund shall be entitled to recover in accordance with these rules, even if you do not sign or return its forms. Your failure to cooperate may result in your and your dependents' disqualification from receipt of future benefits from the Fund. In addition, the Fund may offset any future benefits otherwise payable to you or your dependents with interest of 10% per annum. If the Fund prevails in a lawsuit to enforce its Reimbursement and Subrogation Agreement and/or these rules, the Fund shall be entitled to recover benefits paid on your or your dependents' behalf, together with interest at 10% per annum plus reasonable attorney's fees.

## ASSIGNMENT OF BENEFITS

You cannot assign, pledge, encumber or otherwise alienate any legal or beneficial interest in benefits under the Plan, and any attempt to do so will be void. The payment of benefits directly to a health care provider, if any, shall be done as a convenience to the covered person and will not constitute an assignment of benefits under the Plan.

## QUALIFIED MEDICAL CHILD SUPPORT ORDER (QMCSO)

A QMCSO is a court order giving a child who otherwise might not be eligible for medical or dental coverage under the Plan a right to such coverage. Normally, such an order is issued by the court in connection with a divorce or separation. Before the Plan Administrator will comply with a QMCSO, it must determine that the court order meets the requirements of applicable law pertaining to QMCSOs. You will be notified if a court order relating to you is received by the Plan Administrator and the procedure used by the Plan Administrator to determine whether the order is a QMCSO. You may receive from the Plan Administrator, without charge, a copy of the Plan's QMCSO procedures.

## OVERPAYMENT AND MISTAKEN PAYMENT POLICY

If the Health Trust Fund makes an over-payment or mistaken payment directly to a participant, dependent or other person, a demand for repayment will be made to the participant. The participant shall promptly reimburse the Trust. If no response is received within 10 days, or if the participant cannot or will not reimburse the Trust directly, any future claims submitted by the participant and his or her dependent will be offset against the amount overpaid until it is recovered in full.

If an overpayment or mistaken payment is made to a service provider, an attempt will be made to recover the overpayment directly from the service provider. If the service provider fails to repay this money a demand for repayment will be made directly to the participant. If the Trust is still unsuccessful in recovering the overpayment, or if the participant can not or will not reimburse the Trust directly, future claims submitted by the participant and his or her dependents will be offset against the amount overpaid until it is recovered in full.

The Trustees reserve all legal rights, including the right to sue for the full amount of the overpayment.





This booklet is a Summary Plan Description. It is designed to provide you with summary information about the Benefit Plan. The Benefit Plan is officially the Teamsters Local 639—Employers Health Trust Fund. At times we interchangeably refer to the Health Trust as the Benefit Program, Plan, Trust, Fund or Health Plan. As you may have noted in the introduction, the Plan Document is the formal document of the Health Trust Fund, which governs if there are any differences between the Summary Plan Description and the Plan Document.

Important — Only the full Board of Trustees is authorized to interpret the rules, regulations and Plan of Benefits. No Employer or Union representative is authorized to interpret this Plan nor can any person act as an agent for the Trustees.

This "Frequently Asked Questions" section of the Summary Plan Description is designed to make you more familiar with the Health Plan. We have included questions about what to do and whom to call. A directory of telephone numbers and other information is at the end of this booklet.

## Question 1: How do I find out if I am eligible for benefits?

Call the Fund Office at 202-636-8181 or, toll free, at 800-983-2699. The Fund Office hours are from 9:00 AM to 5:00 PM, Monday through Friday (closed on holidays).

A fax machine is available twenty-four hours a day, seven days per week at 202-526-7959. The Fund Office is located at 3130 Ames Place, NE, Washington, DC 20018-1513.

For details as to how to become eligible and remain eligible, refer to the Eligibility rules in Section 1 of this booklet.

## Question 2: Why do I have to send the Fund Office an enrollment card? My employer and the Union already have my name, address and other information.

Claims can only be paid for persons who qualify for the coverage. The Fund Office must have information to be able to determine if you are eligible for benefits. We also need to know who your beneficiary is so that the life insurance benefits will be paid to the right person.

You can get an enrollment card by calling, writing to, or visiting the Fund Office. If you are married and if you have any eligible sons or daughters, you will have to furnish copies of your marriage certificate and your children's birth certificates.

Refer to the Dependent Coverage rules in Section 1 of this booklet for information about eligible dependents.

## Question 3: I just got married and want to add my spouse to the coverage. What should I do?

Bring or send a copy of your marriage certificate to the Fund Office. Please be sure

**Only the full Board o Trustees is authorize to interpret the rules regulations and Plan of Benefits.**

FUND OFFICE

HOURS
**9:00 AM to 5:00 PN Monday through Fric (closed on holidays).**

ADDRESS
**3130 Ames Place, N Washington, DC 20018-1513**

PHONE
**202-636-8181
800-983-2699**

FAX
**202-526-7959**

**u divorce, notify the Office, or you will ırsonally ınsible.**

that your name and Social Security Number are included with the information you are filing. Your spouse's coverage will be in force as of the date of your marriage. If yours is a valid common law marriage, ask the Fund Office for a declaration of common law marriage. Recognize that if you enter into a valid common law marriage in a state that recognizes such marriages, you cannot become remarried without first getting a legal divorce. Your common law spouse will also have a right to your pension benefit under federal law.

## Question 4: What should I do if I get a divorce or my spouse dies?

If you are divorced or your spouse is deceased, you must furnish a copy of your divorce decree or your spouse's death certificate to the Fund Office. Your name and Social Security Number must be included with the information you are filing. If you do not provide this information you will be personally liable for any benefits paid by the Fund to your divorced spouse.

If you are divorcing, your spouse may qualify for continued coverage by making monthly payments to the Fund. Refer to the COBRA Continuation Coverage in Section 2 of this booklet for more information.

## Question 5: How do I change my beneficiary?

Contact the Fund Office to get a new enrollment card.

## Question 6: We just had a new baby. What should I do?

If you wish to add a newborn child to your coverage, you must submit a copy of the child's birth certificate to the Fund Office.

## Question 7: I just got married and now I have stepchildren. Can I add them to the coverage?

Yes. And, your spouse also qualifies for coverage. To add stepchildren and your spouse to the coverage, you must send a copy of your marriage certificate and the birth certificates of your stepchildren to the Fund Office. You should also complete a new enrollment card if you want to change your beneficiary.

## Question 8: Does the Fund cover adopted children? What if I am appointed as a legal guardian?

The Fund will cover the child in either case. If you adopt a child or if you are appointed as the legal guardian of a child, you must submit a copy of the court's certification of the adoption or appointment as legal guardian to the Fund Office.

## Question 9: How long are my children covered?

Each of your children is eligible to be covered under the Plan until the earlier of:

- their 19th birthday;
- the day they become married; or
- the day they cease to be your dependent child.

If an unmarried child is a registered, full-time student in an accredited school, coverage can continue until his or her 25th birthday. If your child graduates before age 25, coverage will continue for a period of 90 days or until alternate health coverage becomes effective, whichever comes first.

If your child is incapable of self-sustaining employment by reason of mental retardation or physical handicap, coverage can be continued after the maximum age as long as the incapacity continues and proof is provided to the Fund Office.

## Question 10: The Fund Office told me that my son isn't covered as of now. He's a college student. What can I do?

If your son is still under the age of 25, ask the Fund Office for a Student Certification Form or ask the Registrar's Office of the college, university, or otherwise accredited school to send a letter of verification of full-time student status to the Fund Office.

Remember, all documentation regarding your enrollment record must include your name and Social Security Number. Refer to the Eligibility rules in Section 1 of this booklet for more information about the Fund's full-time student dependent regulations.

## Question 11: My daughter is almost age 19 and will not be attending college. Is there any way for her to continue in the Health Plan?

When a son or daughter reaches the age limit of the Plan or their full-time student status ends, their coverage will end unless they elect COBRA coverage and make COBRA payments directly to the Fund. Refer to the discussion of COBRA Continuation Coverage in Section 2 of this booklet.

## Question 12: I've noticed that there are different benefit classes in the Plan. How do I find out my benefit class?

The Health Trust provides different classes of benefits for participants who meet the eligibility requirements. Your class of benefits is determined by the hourly rate of contribution that your employer is required to send to the Health Trust Fund. The classes and minimum hourly contribution rates at January 1, 2002 are $1.72 for Class 2, and $3.02 for Class 4. You should contact the Fund Office if you are not sure about your benefit class.

## Question 13: Are retirees covered by the Health Trust Fund?

If you retired before January 1, 1980 and elected retiree coverage, you may be covered by the retiree benefits section of the Plan. You can find out by contacting the Fund Office. If you do qualify, your schedule of benefits is listed in Section 14 of this book.

retired on or after ry 1, 1989, you ualify for coverage jh the Teamsters 639 – Employers n Trust Fund.

If you retired on or after January 1, 1980, you are NOT covered for retiree benefits by this Plan.

If you retired on or after January 1, 1989, you may qualify for coverage through the Teamsters Local 639—Employers Pension Trust Fund. The Retiree Medical Plan of the Pension Trust is administered at the same Fund Office. If you are covered by the Pension Fund's retiree health plan, ask the Fund Office to send you the Summary Plan Description for that plan.

## Question 14: Who provides the benefits?

Benefits are paid directly or indirectly from the Health Trust Fund assets. This form of benefit funding is referred to as "self funding". Most of the claims are paid by the staff in the Fund Office. Some of the benefits are provided through service organizations that are hired by the Fund.

## Question 15: What is a PPO?

A PPO is a Preferred Provider Organization. The Alliance PPO is an example. Alliance enters into agreements with physicians, hospitals and other health care providers for reduced fees only. Under the Alliance PPO agreement, you and your dependents may freely seek medical care from any doctor, hospital or other facility of your choice. If the particular medical care provider is within the Alliance network, the fee for service is lower than it would be from a provider who is out of the network. The reduced fee results in lower costs for the Health Fund and typically lower out-of-pocket expense for you if you have to make any co-payments on the charges.

## Question 16: If I need medical care, do I have to go to an Alliance doctor or hospital?

No. But, as a participant in this Health Plan, you and your family members are encouraged to fully utilize the Alliance Network because it may save you money. If, however, you live outside of the network area or you choose a provider who does not participate in the Alliance Network, your claims will still be paid if the service provided is a covered expense.

## Question 17: What are the advantages of using the Alliance Network?

There are two advantages – cost is lower and you don't have to complete a claim form. Alliance's role is to re-price your claim. The result is typically lower cost to the Fund

and to you if you have to make any out-of-pocket co-payments on the claim. You do not have to complete a claim form to file an Alliance Network claim. All providers within the Alliance Network will send your claims directly to Alliance. Please show your Health Trust Fund identification card to the Alliance provider to assure that the provider has the correct Alliance Plan number.

### Question 18: How do I find out if my doctor is an Alliance provider?

Call Alliance's member services (301-360-8063 or 800-342-3289) to verify if a health care provider is participating. Or, you can call the Fund Office (202-636-8181 or 800-983-2699) and ask for an Alliance Directory.

### Question 19: How do I get a prescription filled?

When you become eligible under the Plan, you will receive a prescription card. Simply take your doctor's prescription form and your identification card to any participating pharmacy. The pharmacy will verify your eligibility, fill your prescription and charge you the appropriate co-payment. If the pharmacy tells you that you or your dependents are not eligible, contact the Fund Office.

### Question 20: Do I always have to go to the drug store? Is there another way to get my prescription filled?

AdvanceRx also has a mail order program for certain maintenance drugs. A mail order form is included in the package with your prescription card. Mail order forms are also available at the Fund Office.



### Question 21: Do I have to file a claim form for my drugs?

You only have to complete a claim form for prescription drugs if you have your prescription filled at a pharmacy that is not in the AdvanceRx Network.

### Question 22: How will I know if my pharmacy is part of the AdvanceRx Network?

A listing of large chain network drugstores is available from the fund office on request. You can also find out if your pharmacy is in the AdvanceRx network by calling the AdvanceRx member services center. The telephone number is 800-929-2524. You can also ask the druggist at your pharmacy.

### Question 23: Does the Plan provide mental health benefits?

Yes. Health Management Center Inc. administers the Trust's mental health and nervous conditions benefits through a network of providers. You must obtain pre-

authorization from Health Management Center Inc. prior to receiving treatment. Health Management Center Inc. can assist you in locating a qualified provider who has the credentials to serve your needs. Health Management Center Inc. customer service and intake counselors' telephone numbers are 800-472-4992 or 414-259-0506.

## Question 24: Can I go outside the network?

Yes, but it will probably cost you more. Health Management Center Inc. is a Preferred Provider Organization (PPO). Claims can be paid for the services of psychiatrists, psychologists, and social workers up to the limits of the Plan. If the provider is in the Health Management Center Inc. network the charges to you will probably be less than from a provider who is not in the network. Refer to the Mental Health Benefits in Section 9 of this booklet for all of the regulations and limits of coverage.

## Question 25: Does the Plan provide treatment for drug and alcohol dependency?

Yes. Active employees and your dependents can get confidential treatment for drug and alcohol dependency. The drug and alcohol dependency program is administered by C. A. Mayo & Associates. No claims for treatment will be covered unless they are specifically approved in advance by the C.A. Mayo & Associates. Refer to Drug and Alcohol Dependency Benefits in Section 10 of this booklet for all of the program's benefits and requirements. The phone number of C. A. Mayo & Associates is 301-699-0344.

## Question 26: Does the Plan have a vision care program?

Yes. Vision benefits are provided for participants and dependents and also for some retirees. Benefits are provided through Group Vision Associates (GVA), a Preferred Provider Organization (PPO) specializing in vision care at negotiated rates. Refer to Vision Care in Section 8 of this booklet for information about the specific benefits provided.

The Fund Office can provide a certificate that shows you are eligible. You will need a separate certificate for each person. The Fund Office will send the certificates to you with a list of eye care specialists. You must contact the vision specialist directly to make an appointment. Be sure to take your certificates with you and tell the eye care specialist that you are covered by the Teamsters Local 639— Employers Health Trust Fund.

### Question 27:  My son injured his eye, should I get a vision certificate and make an appointment with a GVA specialist?

No. Vision care benefits cover exams, glasses and contacts. For injuries to the eye you should see an appropriate medical doctor.

### Question 28:  How do I get dental benefits?

The Fund Office can provide a listing of nearly 1,000 participating dentists.

### Question 29:  Does the Plan provide life insurance coverage?

Yes. Life Insurance and Accidental Death and Dismemberment Insurance are provided through an insurance policy with the ReliaStar Life Insurance Company, Minneapolis, Minnesota. The Group Policy Number is GL-12904-6. Refer to the Life Insurance Benefits in Section 13 of this booklet for your amounts of coverage.



### Question 30:  Are my dependents covered by life insurance?

If you are eligible for the Class 4 schedule of benefits, your dependents also have life insurance coverage. Dependents do not have accidental death and dismemberment coverage.

18

ERISA INFORMATION



STATEMENT OF YOUR RIGHTS UNDER ERISA

INFORMATION REQUIRED BY ERISA



## STATEMENT OF YOUR RIGHTS UNDER ERISA

As a participant in the Teamsters Local 639—Employers Health Trust, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

1. Examine without charge, at the Plan Administrator's office and at other specified locations, such as work-sites and union halls, all documents governing the Plan, including insurance contracts, collective bargaining agreements and a copy of the latest annual report (Form 5500 series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefits Administration.

2. Obtain, upon written request to the Plan Administrator, copies of all documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The Plan Administrator may make a reasonable charge for the copies.

3. Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of the Summary Annual Report.

4. Continue health coverage for yourself, spouse or dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this Summary Plan Description and the documents governing the Plan on the rules governing your COBRA continuation rights.

5. Receive a certificate of creditable coverage, free of charge, from the Plan Administrator when you lose coverage under the Plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage.

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The members of the Board of Trustees who operate the Plan, (called "fiduciaries" of the Plan), have a duty to do so prudently and in the interest of you and other Plan

participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

If your claim for a welfare benefit is denied or ignored in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial, all within certain time schedules.

Under ERISA there are steps you can take to enforce the above rights. For instance, if you request a copy of the Plan document or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a medical support order, you may file suit in a Federal court. If it

should happen that the Plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have questions about your plan, you should contact the Plan Administrator. If you have questions about this statement or about your rights under ERISA or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefit Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

## INFORMATION REQUIRED BY ERISA

*The Employee Retirement Income Security Act of 1974 (Title 29 United States Code, Section 1001 Et seq.)*

The following, together with information contained in other portions of this booklet, forms the Summary Plan Description under the Employee Retirement Income Security Act of 1974.

### 1. Name and Type of Plan

This Plan is known as the "Teamsters Local 639—Employers Health Trust Fund." The Plan is an "employee welfare benefit plan" under ERISA. The Plan provides hospitalization, surgical and medical, disability, dental, vision care, prescription drugs, and major medical benefits to eligible participants and their eligible dependents on a self insured basis. The Plan's life and accidental death and dismemberment benefits are insured by ReliaStar.

### 2. Plan Identification Numbers

- ◦ Employer Identification Number: 53-0209136
- ◦ I.R.S. Plan Number: 501
- ◦ Life Insurance and Accidental Death and Dismemberment Policy Number: GL-12904-6

### 3. Plan Administrator

The Plan Administrator is the Board of Trustees of the Teamsters Local 639—

Employers Health Trust Fund, 3130 Ames Place, NE, Washington, DC 20018-1593. The telephone number is 202-636-8181. The Trustees are:

*Union Trustees*

John C. Steger

John D. Catlett

Joseph P. Connors, Sr.

*Employer Trustees*

Michael R. Bull

Frank W. Stegman

Eric R. Weiss

Andrew J. Zalkin

All of the above at:

Teamsters 639 Center

3130 Ames Place, NE

Washington, DC 20018-1593

### 4. Agent for Service of Legal Process

Any one of the Trustees is a qualified agent of the Board of Trustees for service of process. Service may also be made upon the Administrative Manager at the office of the Plan Administrator noted above.

### 5. Type of Administration

The Health Plan is administered by the Board of Trustees. However, the Trustees have engaged TEDRO and Associates, Inc.

on a contract basis to serve as Administrative Manager to oversee the operation and administration of the Health Trust's Plan on a day-to-day basis. Benefits are provided under the Plan as follows:

- Hospital, surgical and medical benefits in accordance with the Trust Agreement on a self-insured basis; but administered in accordance with preferred provider contract between the Board of Trustees and Alliance PPO, Inc., 4 Taft Court, Rockville, Maryland 20850;

- Life and Accidental Death and Dismemberment benefits in accordance with provisions of a group insurance policy issued to the Board of Trustees by Reliastar, Minneapolis, Minnesota;

- Prescription drug benefits in accordance with a pharmacy benefit manager contract between the Board of Trustees and AdvancePCS, 11350 McCormick Boulevard, Suite 1000, Hunt Valley, Maryland 21031;

- Vision benefits in accordance with a vision care contract between the Board of Trustees and Group Vision Associates, 211 Rock Hill Road, Suite 200, Bala Cynwyd, Pennsylvania 19004;

- Dental benefits in accordance with a dental services contract between the Board of Trustees and the Dental Health Center And Associates, 3700 Donnell Drive, Suite 215, Forestville, Maryland 20747;

- Drug and alcohol dependency benefits in accordance with a service contract between the Board of Trustees and C. Anthony Mayo, 3402 Perry Street, Mount Rainier, Maryland 20712; and

- Mental health benefits in accordance with a preferred provider contract between the Board of Trustees and Health Management Center, Inc., 2600 N. Mayfair Road, Suite 490, Milwaukee, WI 43226.

## 6. Labor Organizations Representing Participant in the Plan

This Plan is maintained by collective bargaining agreements executed by Drivers, Chauffeurs and Helpers Local Union 639 affiliated with the International Brotherhood of Teamsters and signatory employers. Some participants may be covered by collective bargaining agreements executed by Automotive, Petroleum, Cylinder and Bottled Gas, Chemical Drivers, Helpers and Allied Workers and Public Transportation Employees Local 922 and signatory employers. A copy of any such agreements may be obtained by a participant upon written request to the Plan Administrator. Also, collective bargaining agreements are available for examination by a participant at the Fund Office.

### 7. Name and Address of Employers Contributing to the Health Trust

Participants may obtain a complete list of the Employers who contribute to this Plan upon written directed request to the Plan Administrator. Also, this list is available for examination at the Trust Office by participants or beneficiaries. A participant or beneficiary may also receive from the Plan Administrator, upon request to the Fund Office, information as to whether a particular employer or union is a contributing employer or a collective bargaining representative of an employer who participates in the Plan and, if so, the address of such employer or union.

### 8. Source of Contributions to the Trust

Contributions to the Trust Fund are made by individual employers under the provisions of collective bargaining agreements. Under certain conditions stipulated in the Plan employees may qualify to contribute on their own behalf in order to continue their eligibility status for a limited period of time.

### 9. Fiscal Year of Health Trust Fund

The annual fiscal year of the Health Trust Fund ends December 31.

### 10. Modification of Benefit Schedules, or Termination of Benefits, or Termination of the Health Plan

The Fund's ability to provide health and welfare benefits is dependent upon a number of factors that may vary from year to year or even month to month. Accordingly, the Trustees specifically reserve the right to change, eliminate, add to or delete from the Plan and the provisions of this Summary Plan Description, including the schedule of benefits provided to active and/or retired participants, and to the dependents of such participants. The Trustees also reserve the right to adopt new rules and regulations or to modify the existing rules and regulations. Nothing in this book or elsewhere should be construed to mean that the Plan's benefits are guaranteed. The Trustees will notify participants when they make significant changes in the rules, regulations or schedule of benefits.



### 11. Discretionary Authority of the Trustees

The Trustees' reserve discretionary authority to construe and interpret the terms of the Trust Agreement, the Plan, the Summary Plan Description and the rules and regulations that they may make from time to time. The Trustees also reserve the right to make factual findings, fix omissions and resolve ambiguities in the Plan, this Summary Plan Description and the rules or regulations. Benefits under the Plan will be paid only if the Trustees decide in their discretion that the applicant is entitled to them.

19

APPENDIX



## DEFINITIONS

The following definitions, although not all-inclusive, are used throughout this booklet to help you understand your benefits.

**Co-Payment** means the dollar amount of covered expenses the participant or dependent is required to pay under the terms of the Plan.

**COBRA** means the Consolidated Omnibus Budget Reconciliation Act of 1985 and the regulations thereunder, as amended from time to time.

**Contributions** means payments made by a Contributing Employer to the Fund.

**Contributing Employer** means any person, firm, association, partnership or corporation entering into a Collective Bargaining Agreement or participation agreement that requires contributions to the Fund on behalf of its employees. The Teamsters Union Local 639 is a Contributing Employer because it has entered into a Participation Agreement with the Trustees to provide health coverage through the Fund to its employees.

**Deductible** means the covered expenses incurred and payable by a participant or dependent before medical benefits are payable under this Plan.

**Dependent** means:

Your legal spouse (wife or husband)

Children—unmarried, dependent sons and daughters:

- over 14 days of age and under the age of 19 years (coverage begins at birth for the purpose of Major Medical coverage);

- full time students in an accredited school under the age of 25, whose dependent status would otherwise end at graduation (eligibility will continue for a period of 90 days or until alternate health coverage becomes effective, whichever comes first; or

- who are mentally or physically unable to make a living (coverage will continue for as long as the son or daughter remains disabled).

"Children" means your children, stepchildren, legally adopted children or children under your legal guardianship.

**Doctor** means a legally qualified physician or surgeon and includes a Doctor of Chiropractic (DC), a Doctor of Dental Surgery (DDS), a Doctor of Dental Medicine (DMD), a Doctor of Osteopathy (DO), a Doctor of Podiatric Medicine (DPM), a Doctor of Psychology (Dps/PsyD), a Medical Doctor (MD), a Licensed Certified Midwife (LCMW), and a Doctor of Optometry (OD).

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended and the regulations thereunder.

**Hospital** means a legally constituted institution which meets all of these tests:

- ɩ it is licensed as a hospital (if hospital licensing is required where it is situated);
- ɩɩ it is engaged primarily in providing medical care and treatment of sick and injured persons on an in-patient basis and maintains diagnostic and therapeutic facilities for surgical and medical diagnosis and treatment of such persons by or under the supervision of a staff of legally qualified physicians;
- ɩɩɩ it continuously provides 24-hour-a-day nursing service by or under the supervision of registered graduate nurses and is operated continuously with organized facilities for operative surgery; and
- ɩ it is not, other than incidentally, a clinic, a place of rest or convalescence, a place for the aged, a nursing home, or similar establishment.

**Illness or Sickness** means a bodily disorder, disease, physical or mental infirmity, or functional nervous disorder or condition that requires treatment by a Doctor. All illnesses existing simultaneously resulting from the same or related causes shall be considered the same illness. For a participant or dependent spouse only, illness also includes pregnancy, childbirth or any maternity-related condition.

**Injury or Accident** means accidental bodily injury which results neither from criminal activity engaged in by the participant or dependent nor from any employment for wage or profit, and which causes loss commencing while the benefits of the participant or dependent are in force.

**Medically Necessary or Necessary** means that the service received is required to identify or treat the Illness or Injury that a Doctor has diagnosed or reasonably suspects. The service must be consistent with the diagnosis and treatment of the patient's conditions, be in accordance with local standards of good medical practice, be required for reasons other than the convenience of the patient or the Doctor, and be performed in the least costly setting required by the patient's condition. The fact that a service is ordered, recommended, approved or prescribed by a Doctor does not necessarily mean that such service is a Necessary or Covered Expense even though it is not listed as an exclusion.

**Medicare** means the benefits program established under Title XVIII of Social Security Act of 1965, as amended.

**Mental or Nervous Condition** means a neurosis, psychoneurosis, psychopathy, psychosis or mental or emotional disease or disorder of any kind.

**Participant** means any person who has attained and maintained eligibility through active employment with a Contributing Employer in an eligible class of employees.

**Periods of Disability** — all periods of disability resulting from the same or related cause or causes which occur before complete recovery will be considered one "Period of Disability" unless the periods are separated by your return to active employment for at least ninety days. If the periods of disability are separated by less than ninety days of active work, they will be considered one "Period of Disability" unless the second disability is due to an injury or illness entirely unrelated to the cause(s) of the first disability and starts after your return to active work on a full-time basis for one day.

**Preferred Provider Organization (PPO)** means a network of health care providers who have contracted with the Fund to provide health care while controlling costs.

**Retiree** means a former Employee who satisfies the requirements for Retiree coverage under the Plan.

**Room and Board** means room, board, general duty nursing, intensive care in an intensive care unit, as defined, and any other services regularly rendered by the hospital as a condition of occupancy of the class of accommodations occupied, but not including professional services of physicians nor special nursing services rendered outside of an intensive care unit.

**Schedule of Benefits** means the specific benefits, waiting periods, maximums, deductibles, out-of-pocket expenses, co-payments, limitations or allowances applicable to participants and dependents as adopted from time to time by the Board of Trustees.

**Self-Payments** are payments made to the Fund by you on your own behalf to maintain coverage under the Plan.

**Treatment** means a treatment or course of treatment which is ordered and/or provided by a Physician to diagnose or treat an Injury or Illness, including:

- confinement and inpatient or outpatient services or procedures; and
- drugs, supplies, equipment, or devices.

The fact that a Treatment was ordered or provided by a Doctor does not, in and of itself, mean that the Treatment will be determined to be Medically Necessary.

**Trustees and/or Board** means the Board of Trustees of the Teamsters Local 639— Employers Health Trust Fund.

**Usual, Customary and Reasonable Charge (UCR)** means that portion of any charge which is not in excess of the charge made for similar services and supplies to individuals of similar age, circumstances and medical condition in the locality concerned, as determined by the use of a national database at the 90th percentile.



**20**

**WHOM TO CALL**

**If you need eligibility or benefits information, contact:**

The Fund Office
Teamsters Local 639 Center
3130 Ames Place, NE
Washington, DC 20018-1593
202-636-8181
800-983-2699 (toll-free)
202-526-7959 (fax)

The Fund Office can provide:

- your eligibility information
- benefit class information
- enrollment cards
- identification cards
- vision certificates
- claim forms
- student dependent certificates
- information about a claim or an appeal
- any other benefit information not listed above

When you call or visit the Fund Office please tell our staff member your Social Security Number. The Fund Office hours are 9:00 AM to 5:00 PM, Monday through Friday.

**If you need  to obtain pre-certification for medical treatment or**
**If you need an Alliance PPO directory, contact:**

Alliance PPO, Inc.
Utilization Management
4 Taft Court
Rockville, MD 20850
301-360-8063
800-342-3289

**If you need information about prescription drugs, contact:**

AdvancePCS Members Services
11350 McCormick Blvd, Suite 1000
Hunt Valley, MD 21031

They can provide you with things like:

- a list of the AdvancePCS participating national drug store chains
- verification that a drug store is participating in the AdvancePCS program
- information about the AdvancePCS mail order program

Your identification number is your Social Security Number and your AdvancePCS group number which is printed on your identification card.

Their hours are:
Monday—Friday    8:00 AM  to 11:00 PM
Saturday              9:00 AM  to 9:00 PM
Sunday                9:00 AM  to 5:30 PM

**If you need information about eyeglasses, contact:**

Group Vision Associates
211 Rock Hill Road, Suite 200
Bala Cynwyd, PA 19004
800-999-3931

**If you need information about dental care, contact:**

The participating dentist you last visited, or

Dr. Robert P. Cohen
Dental Health Center
3700 Donnell Drive, Suite 215
Forestville, MD 20747
301-736-1400

They can help you with things like:

- making an appointment for dental services,
- emergency dental care, and
- filing a dental claim for the services of out-of-network dental providers.

When you contact Dental Health Center or any of the participating dentists, please tell them you are covered by Teamsters Local 639—Employers Health Trust.

**If you need care and treatment of a mental health disorder, contact:**

Health Management Center Inc.
2600 N. Mayfair Road, Suite 490
Milwaukee, WI 43226
800-472-4992
414-259-0506



When you contact Health Management Center Inc. please tell them that you are covered by Teamsters Local 639—Employers Health Trust.

Representatives and intake counselors are available Monday through Friday from 8:00 a.m. to 6:00 p.m. For emergency authorization requests, the Health Management Center, Inc. services are available twenty-four hours a day, seven days a week.

**If you need confidential treatment of alcohol or drug dependency, contact:**

C. Anthony Mayo
C.A. Mayo & Associates, Inc.
3402 Perry Street
Mt. Rainier, MD 20712
301-699-0344

When contacting C.A. Mayo & Associates, please tell them that you are covered by the Teamsters Local 639—Employers Health Trust.

Teamsters Local 639 — Employers Health Trust Fund
3130 Ames Place, NE · Washington, DC 20018
800-983-2699 · 202-636-8181



10M — 7/02
34509