**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, | ) ) ) ) | |
| and | ) ) | |
| BRSI, L.P. d/b/a BENEFIT RECOVERY SPEACIALISTS, | ) ) ) | No.:   06-0317RJL |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Todd Hicks, | ) ) ) | |
| and | ) ) | |
| LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639, | ) ) ) ) ) | |
| and | ) ) | |
| LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 d/b/a LOCAL 639 – Employer's Health Trust Fund, 3100 Ames Place, NE Washington, DC 20018, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of Defendant Teamsters Local 639 – Employers Health Trust Fund's (the "Fund") Motion to Dismiss or, in the Alternative, For Summary Judgment, and the accompanying Memorandum of Points and Authorities, Declaration, and Exhibits,

IT IS HEREBY ORDERED THAT the Fund's Motion is GRANTED and that Plaintiffs' claims against the Fund are dismissed with prejudice.

So Ordered this __ day of _____, 2006.

_____
Richard J. Leon
United States District Judge

2