**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ )<br><br>CHILDREN'S NATIONAL MEDICAL )<br>CENTER, )<br>   )<br>   and )<br>   )<br>BRSI, L.P. d/b/a BENEFIT RECOVERY )<br>SPEACIALISTS, )<br>   )<br>   Plaintiffs, )<br>   )<br>   v. )<br>   )<br>Todd Hicks, )<br>   )<br>   and )<br>   )<br>LOCAL UNION NO. 639, BUILDING, )<br>INC. d/b/a INTERNATIONAL )<br>BROTHERHOOD OF TEAMSTERS, )<br>LOCAL 639 and d/b/a LOCAL 639, )<br>   )<br>   and )<br>   )<br>LOCAL UNION NO. 639, BUILDING, )<br>INC. d/b/a INTERNATIONAL )<br>BROTHERHOOD OF TEAMSTERS, )<br>LOCAL 639 d/b/a LOCAL 639 – )<br>Employer's Health Trust Fund, )<br>3100 Ames Place, NE )<br>Washington, DC 20018, )<br>   )<br>   Defendants. )<br>_____) | No.:   06-0317RJL |

**DEFENDANT TEAMSTERS LOCAL 639 – EMPLOYERS**
**HEALTH TRUST FUND'S OPPOSITION TO PLAINTIFFS'**
**MOTION TO AMEND COMPLAINT TO ADD A NEW**
**DEFENDANT AND CAUSE OF ACTION**

1-WA/2531311.2

Defendant Teamsters Local 639 – Employers Health Trust Fund (the "Fund"), by and through its undersigned counsel, hereby opposes Plaintiffs' Motion to Amend Complaint to Add a New Defendant and Cause of Action.[1]  As grounds therefore, the Fund submits that all claims stated against the Fund in the First Amended Complaint are time barred by the applicable statute of limitations, and are not saved by the relation back doctrine, for the reasons explained more fully in the Fund's Memorandum in Support of its Motion to Dismiss or in the Alternative for Summary Judgment filed contemporaneously herewith.  The Fund further submits that the claims stated against the Fund in the First Amended Complaint are also completely preempted by application of Section 514 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1144, otherwise fail to state a claim upon which relief can be granted and fail, in the end, because the Defendant Fund is entitled to judgment as a matter of law (again as explained more fully in the contemporaneously filed Memorandum).

---

[1] Filed contemporaneously herewith is Defendant Teamsters Local 639 – Employers Health Trust Fund's Motion to Dismiss or, in the Alternative, for Summary Judgment and Defendant Teamsters Local 639 – Employers Health Trust Fund's Memorandum of Points and Authorities in Support of Defendant Teamsters Local 639 – Employers Health Trust Fund's Motion to Dismiss or, in the Alternative, for Summary Judgment.

For these reasons, the Defendant Fund respectfully asks the Court to deny Plaintiffs'

motion to add the Defendant Fund as a new party Defendant.

Date:   March 1, 2006                    Respectfully submitted,

                                                      /s/

Donald L. Havermann (D.C. Bar No. 37774)
Bridgit M. DePietto (D.C. Bar No. 496400)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
202.739.3000 (Telephone)
202.739.3001 (Facsimile)
dhavermann@morganlewis.com
bdepietto@morganlewis.com

Counsel for Defendant Teamsters Local
639 – Employers Health Trust Fund

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 1st day of March 2006, that a copy of the foregoing

Defendant Teamsters Local 639 – Employers Health Trust Fund's Opposition to Plaintiffs'

Motion to Amend Complaint to Add a New Defendant and Cause of Action was served on the

following by the means indicated:

Via Certified Mail, Return Receipt Requested:

       Todd Hicks
       1011 Red Maple View Terrace
       Churchton, MD 20733

       Defendant Hicks

Via First Class Mail, postage pre-paid:

       L. Bradley Hancock
       Greenberg Traurig, LLP
       1000 Louisiana, Suite 1800
       Houston, TX 77002

       Kenneth P. Kaplan
       Greenberg Traurig, LLP
       800 Connecticut Avenue, NW, Suite 500
       Washington, DC 2006

       Attorneys for Plaintiffs Children's National
       Medical Center and Benefit Recovery
       Specialists, Inc.

Via First Class Mail, postage pre-paid:

       Local Union No. 639, Building, Inc. d/b/a
       International Brotherhood of Teamsters,
       Local 639 and d/b/a Local 639
       3100 Ames Place, N.E.
       Washington, DC 20018

       Named Local 639 Defendant

                     /s/_____
                          Bridgit M. DePietto