UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER | § § § | |
| & | § § | |
| BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | No. 06-0317RJL |
| TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED, | § § § § | |
| & | § § | |
| LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639 | § § § § § | |
| & | § § | |
| LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Teamster's Local 639 - Employer's Health Trust Fund | § § § § § § § | |
| Defendants. | § § | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCrR 44.1 (d), Plaintiff's counsel moves the admission pro hac vice of L. Bradley Hancock. In support thereof, Plaintiff directs the Court to the attached Declaration.

Respectfully Submitted,

/s/ Kenneth P. Kaplan

Kenneth P. Kaplan
District of Columbia Bar No. 460614
Greenberg Traurig LLP
800 Connecticut Avenue, NW
Washington, DC 20006
(202) 331-3191 (Telephone)
(202) 261-0156 (Facsimile)
kaplank@gtlaw.com