UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER<br><br>&<br><br>BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS<br><br>Plaintiffs,<br><br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED,<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Teamster's Local 639 - Employer's Health Trust Fund<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 06-0317RJL |

### DECLARATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to LCrR 44.1 (d), I, Lawrence Bradley Hancock, state:

(1) That I am an attorney with Greenberg Traurig LLP, 1000 Louisiana, Suite 1800, Houston, Texas 77002;

(2) I am a member in good standing of the Bar of Texas, the District of Columbia, and Louisiana;

(3) I have not been disciplined by any bar;

(4) I have never been admitted pro hac vice in this Court; and

(5) I do not engage in the practice of law from an office located in the District of Columbia.

I declare under the penalty of perjury that the forgoing is true and correct. Executed this 8th day of March 2006.

L. Bradley Hancock
District of Columbia Bar No. 465746
Greenberg Traurig LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002
(713) 374-3500 (Telephone)
(713) 374-3505 (Facsimile)
hancockb@gtlaw.com