## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2006, a true and correct copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE, DECLARATION BY COUNSEL TO BE ADMITTED PRO HAC VICE and PROPOSED ORDER were served to the following by the means indicated:

COUNSEL FOR EMPLOYER'S HEALTH TRUST FUND
Donald L. Havermann
Morgan Lewis
1111 Pennsylvania Ave., NW
Washington, DC 20004
**VIA ECF**

COUNSEL FOR TODD HICKS, INDIVIDUALLY
AND ON BEHALF OF TODD HICK, JR
Lawrence A. Thrower
1229 15th St., N.W.
Washington, DC 20005
**VIA FIRST CLASS MAIL**

LOCAL UNION NO. 639
R. Mark Winter, CFO/Administrative Manager
Authorized Agent
LOCAL UNION NO. 639, BUILDING,
INC. d/b/a/ INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
LOCAL 639 and d/b/a LOCAL 639
3100 Ames Place, N.E.
Washington, DC 20018
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

_____
Kenneth P. Kaplan