UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER<br><br>&<br><br>BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS<br><br>Plaintiffs,<br><br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED,<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Teamster's Local 639 - Employer's Health Trust Fund<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 06-0317RJL |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND**
**<u>FINANCIAL INTERESTS</u>**

Pursuant to Rule 7.1 LCvR, I, the undersigned, counsel of record for Plaintiffs, Children's National Medical Center ("Children's") and BRSI, L.P. d/b/a Benefit Recovery

Specialists, Inc. ("BRSI")(collectively "Plaintiffs"), certify that to the best of my knowledge and belief, that neither the Plaintiffs, nor their parent companies, subsidiaries or affiliates have any outstanding securities in the hands of the public. In particular, Children's is a non-profit community hospital and BRSI is a privately owned company.

These representations are made in order that judges of this court may determine the need for recusal.

Dated this 8th day of March, 2006.

Respectfully Submitted,

L. Bradley Hancock (*Pro Hac Vice Pending*)
District of Columbia Bar No. 465746
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002
(713) 374-3500 (Telephone)
(713) 374-3505 (Facsimile)

Kenneth P. Kaplan
District of Columbia Bar No. 460614
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3191 (Telephone)
(202) 261-0156 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS CHILDREN'S NATIONAL MEDICAL CENTER AND BENEFIT RECOVERY SPECIALISTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2006, a true and correct copy of the foregoing CORPORATE DISCLOSURE was served to the following by the means indicated:

COUNSEL FOR EMPLOYER'S HEALTH TRUST FUND
Donald L. Havermann
Morgan Lewis
1111 Pennsylvania Ave., NW
Washington, DC 20004
**VIA ECF**

COUNSEL FOR TODD HICKS, INDIVIDUALLY
AND ON BEHALF OF TODD HICK, JR
Lawrence A. Thrower
1229 15th St., N.W.
Washington, DC 20005
**VIA FIRST CLASS MAIL**

LOCAL UNION NO. 639
R. Mark Winter, CFO/Administrative Manager
Authorized Agent
LOCAL UNION NO. 639, BUILDING,
INC. d/b/a/ INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
LOCAL 639 and d/b/a LOCAL 639
3100 Ames Place, N.E.
Washington, DC 20018
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Kenneth P. Kaplan