UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER<br><br>&<br><br>BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS<br><br>Plaintiffs,<br><br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED,<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Teamster's Local 639 - Employer's Health Trust Fund<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 06-0317RJL |

**PLAINTIFFS', CHILDREN'S NATIONAL MEDICAL CENTER AND
BENEFIT RECOVERY SPECIALISTS, INC., REPLY TO DEFENDANT'S,
LOCAL 639 - EMPLOYER'S HEALTH TRUST FUND,
<u>OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT</u>**

Pursuant to Rule 7(d), Local R. Civ. P., Children's National Medical Center and BRSI, L.P. d/b/a Benefit Recovery Specialists, Inc. ("Plaintiffs") submit this brief Reply to Local Union No. 639, Building, Inc. d/b/a International Brotherhood of Teamsters, Local 639 and d/b/a Teamster's Local 639 - Employer's Health Trust Fund's ("639 Health Fund") Opposition to Plaintiffs' Motion to Amend Complaint to Add a New Defendant and Cause of Action ("Motion to Amend").[1] As demonstrated below, Local 639's Opposition provides no reason to deny Plaintiffs' Motion to Amend and, therefore, the Court should grant Plaintiffs' Motion.

## I. PROCEDURAL BACKGROUND

Plaintiffs filed their Original Complaint on January 12, 2006 in the Superior Court for the District of Columbia against Defendants Todd Hicks, Individually, and on behalf of Todd Hicks Jr., Deceased ("Hicks"), and Local Union No. 639, Building, Inc. d/b/a International Brotherhood of Teamsters, Local 639 and d/b/a Local 639 ("639 Defendant"). On February 3, 2006, Plaintiffs filed their First Amended Complaint along with their Motion to Amend.. Plaintiffs First Amended Complaint added 639 Health Fund as a Defendant along with a claim for recovery based on alter ego. F.R.C.P. 15(a) and Rule 15(a), D.C. Super.Cr. R., allow a party to amend its complaint as a matter of right. Plaintiffs sought leave to amend their complaint under Rule 21, D.C. Super.Ct. R., to join a new party.

After Plaintiffs filed their Motion to Amend, Hicks filed his Answer on February 6, 2006. This was the first responsive pleading filed in this dispute.

On February 22, 2006, 639 Health Fund filed its Notice of Removal in United States District Court for the District of Columbia. On March 1, 2006, 639 Health Fund then filed its Opposition to Plaintiffs' Motion to Amend; and its Motion to Dismiss or, in the alternative, for

---

[1] Plaintiffs First Amended Complaint along with its Motion to Amend Complaint to Add a New Defendant And Cause of Action are attached and incorporated in this Response by reference as **Exhibit A**.

Summary Judgment (including Memorandum of Points and Authorities in Support) (hereinafter "Motion to Dismiss").

## II. ARGUMENT

### A. PLAINTIFFS HAVE THE ABSOLUTE RIGHT TO MAKE ONE AMENDMENT TO THEIR COMPLAINT ANY TIME BEFORE DEFENDANT HAS SERVED A RESPONSE

639 Health Fund provides no authority in support of its Opposition. 639 Health Fund, instead, opposes Plaintiffs' Motion to Amend its Complaint only by referring to its Motion to Dismiss. In contrast to 639 Health Fund's lack of authority, Plaintiffs rely upon F.R.C.P. 15(a), or Rule 15(a), D.C. Super.Ct. R., which readily provide Plaintiffs with the authority to file their First Amended Complaint as a matter of absolute right.

Federal Rule of Civil Procedure 15(a) guarantees a plaintiff an absolute right to amend its complaint once at any time before the defendant has served a responsive pleading. *See* F.R.C.P. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served...."); *see also James V. Hurson Assocs., Inc. v. Glickman*, 229 F.3d 277, 282-83 (D.C. Cir. 2000). At the time the Amended Complaint was filed, no party had filed a responsive pleading.

Furthermore, even as of today, only Defendant Hicks has filed a responsive pleading, an Answer on February 17, 2006, three (3) days after Plaintiffs filed their Motion to Amend. Thus, even an objection by Hicks to the Motion to Amend would have been ineffective under F.R.C.P. 15(a).

639 Health Fund is in a worse position than Hicks because it has not filed a responsive pleading. This Circuit has routinely held that Motions to Dismiss do not constitute responsive

pleadings in the context of determining the propriety of a Rule 15 Motion to Amend. *See James V. Hurson Assocs., Inc. v. Glickman*, 229 F.3d 277, 283 (D.C. Cir. 2000) (finding that the District Court erred by disallowing Plaintiff's amended complaint, under F.R.C.P. 15(a), when the Defendant had not filed an answer and simply moved to dismiss); *see also Confederate Memorial Assoc., Inc. v. Hines*, 995 F.2d 295 (D.C. Cir. 1993) (a motion to dismiss under F.R.C.P. 12(b)(6) for failure to state a claim upon which relief can be granted is not a responsive pleading under Rule 15(a)).

639 Health Fund provides no legal basis for its Opposition to Plaintiffs' Motion to Amend, and none exists. It appears that 639 Health Fund is attempting to boot strap its Motion to Dismiss as a basis to oppose Plaintiffs' Motion to Amend Complaint, but this Circuit has rejected this argument even when the Motion to Dismiss is filed prior to the Amendment, which is not the case here. *Id.* Rather, in this cae, Plaintiffs' Motion to Amend was filed on February 3, 2006, well in advance of 639 Health Fund's Motion to Dismiss on March 1, 2006. Accordingly, 639 Health Fund's Opposition should be denied and Plaintiffs' Motion to Amend, subject to, and without waiver of a potential motion to remand, should thus be granted.

B.   **PLAINTIFFS' MOTION TO AMEND SHOULD BE GRANTED**

To the extent the Court finds it appropriate at this time, Plaintiffs reiterate their Motion to Amend in accordance with F.R.C.P. 15(a) and Rule 15(a), D.C. Super.Cr. R. *See* **Exhibit A**. Plaintiffs Motion to Amend Complaint and Plaintiffs Response to 639 Health Fund's Opposition to Plaintiffs Motion to Amend Complaint, however, are filed subject to, and without waiver, of Plaintiffs right to file a motion to remand under F.R.C.P. 81(c).

## III. CONCLUSION

Wherefore, Plaintiffs respectfully request that 639 Health Fund's Opposition to Plaintiffs Motion to Amend be denied as Plaintiffs have the absolute right to amend their complaint in accordance with F.R.C.P. 15(a) and/or Rule 15(a), D.C. Super.Ct. R. Plaintiffs further request that, to the extent necessary, its Motion to Amend Complaint be granted in all ways, and that Plaintiffs be granted any other relief to which Plaintiffs may be entitled.

Respectfully Submitted,

L. Bradley Hancock (*Pro Hac Vice Pending*)
District of Columbia Bar No. 465746
GREENBERG TAURIG, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002
(713) 374-3500 (Telephone)
(713) 374-3505 (Facsimile)

Kenneth P. Kaplan
District of Columbia Bar No. 460614
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3191 (Telephone)
(202) 261-0156 (Facsimile)

ATTORNEYS FOR PLAINTIFFS CHILDREN'S NATIONAL MEDICAL CENTER AND BENEFIT RECOVERY SPECIALISTS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2006, a true and correct copy of the foregoing REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT and PROPOSED ORDER were served to the following by the means indicated:

COUNSEL FOR EMPLOYER'S HEALTH TRUST FUND
Donald L. Havermann
Morgan Lewis
1111 Pennsylvania Ave., NW
Washington, DC 20004
**VIA ECF**

COUNSEL FOR TODD HICKS, INDIVIDUALLY
AND ON BEHALF OF TODD HICK, JR
Lawrence A. Thrower
1229 15th St., N.W.
Washington, DC 20005
**VIA FIRST CLASS MAIL**

LOCAL UNION NO. 639
R. Mark Winter, CFO/Administrative Manager
Authorized Agent
LOCAL UNION NO. 639, BUILDING,
INC. d/b/a/ INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
LOCAL 639 and d/b/a LOCAL 639
3100 Ames Place, N.E.
Washington, DC 20018
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

_____
Kenneth P. Kaplan