UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER<br><br>&<br><br>BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS<br><br>Plaintiffs,<br><br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED,<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Teamster's Local 639 - Employer's Health Trust Fund<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 06-0317RJL |

**ORDER DENYING DEFENDANT'S OPPOSITION TO
<u>PLAINTIFFS' MOTION TO AMEND COMPLAINT</u>
AND
ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT, SUBJECT
<u>TO, AND WITHOUT WAIVER OF MOTION TO REMAND</u>**

IT IS HERBY ORDERED that Defendant's, Local Union No. 639, Building, Inc. d/b/a International Brotherhood of Teamsters, Local 639 and d/b/a Teamster's Local 639 - Employer's Health Trust Fund, Opposition to Plaintiffs', Children's National Medical Center and BRSI, L.P. d/b/a Benefit Recovery Specialists, Inc., Motion to Amend Complaint to Add a New Defendant and Cause of Action is hereby DENIED.

IT IS HERBY FURTHER ORDERED that Plaintiffs', Children's National Medical Center and BRSI, L.P. d/b/a Benefit Recovery Specialists, Inc., Motion to Amend Complaint to Add a New Defendant and Cause of Action, subject to, and without waiver of potential motion to remand, is hereby GRANTED.

Dated this ___ day of March, 2006.

_____
United States District Judge