IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER<br>111 Michigan Avenue, N.W.<br>Washington, DC 20010<br><br>&<br><br>BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS<br>1100 North Loop West, Suite 1000<br>Houston, Texas 77008<br><br>Plaintiffs,<br><br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED,<br>1011 Red Maple View Terrace<br>Churchton, Maryland 20733<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639<br>3100 Ames Place, N.E.<br>Washington, DC 20018<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund<br>3100 Ames Place, NE<br>Washington DC 20018<br><br>Defendants. | Civil Action No. 06-0317RJL |

## MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED ORIGINAL COMPLAINT, SUBJECT TO, AND WITHOUT WAIVER, OF MOTION TO REMAND

Pursuant to Rule 15(a), Fed. R. Civ., P., Plaintiffs', Children's National Medical Center and Benefit Recovery Specialists, Inc. (the "Plaintiffs") file this Motion for Leave to file Plaintiffs' Second Amended Complaint, subject to, and without waiver, of their Motion to Remand and would respectfully show the Court as follows:

1. A copy of Plaintiffs' Second Amended Complaint, subject to, and without waiver, of Motion to Remand is attached hereto as Exhibit "1" and incorporated herein by reference.

2. In the limited time since this suit was filed, Plaintiffs have engaged in further investigation of the facts and, based in part upon new information gathered from this investigation, and as a result of communications between Children's National Medical Center and the Parties and the discovery of additional damages, Plaintiffs wish to more specifically state their claims, add a defendant, and increase the amount of damages.

3. This case has not been set for trial and there is no current deadline to amend or supplement pleadings.

4. Justice requires that Plaintiffs be given the opportunity to amend their allegations and their Complaint in order to more specifically clarify their claims.

5. Counsel for Defendant Hicks, the only Defendant who has filed an answer in this matter, does not oppose Plaintiffs seeking leave to amend their Complaint.

6. Plaintiffs seek to amend their Complaint in the interest of justice and for good cause shown.

WHEREFORE, Plaintiffs respectfully request that the Court grant leave to file their Second Amended Complaint, subject to, and without waiver, of Motion to Remand and request such other and further relief to which they might be justly entitled.

Dated this 13th day of March 2006.

          Respectfully submitted,

          GREENBERG TRAURIG, LLP

By: _____
          L. Bradley Hancock (*Admitted Pro Hac Vice*)
          District of Columbia Bar No. 465746
          GREENBERG TRAURIG, LLP
          1000 Louisiana, Suite 1800
          Houston, TX 77002
          (713) 374-3500 (Telephone)
          (713) 374-3505 (Facsimile)

          Kenneth P. Kaplan
          District of Columbia Bar No. 460614
          GREENBERG TRAURIG, LLP
          800 Connecticut Avenue, NW, Suite 500
          Washington, DC 20006
          (202) 331-3191 (Telephone)
          (202) 261-0156 (Facsimile)

          ATTORNEYS FOR PLAINTIFFS CHILDREN'S NATIONAL MEDICAL CENTER AND BENEFIT RECOVERY SPECIALISTS, INC.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure on this ___13th___ day of March, 2006.

          _____
          L. Bradley Hancock