ALLIANCE/MAPSI
Participation Agreement

This Participation Agreement is entered into this <u>1st</u> day of <u>June</u>, 199<u>3</u>, between the Health Care Cost Containment Corporation of Mid-Atlantic Region, Inc. ("HCCCC"), Teamsters Local 639 Employers Health Trust ("the Fund"), and Alliance PPO, Inc. and MAPSI (collectively referred to as "Alliance").

WHEREAS, the Health Care Cost Containment Corporation of Mid-Atlantic Region, Inc. has entered into two Purchaser Service Agreements dated, January 1, 1992, one with Alliance PPO Inc., and the other with MAPSI ("the Agreements"), a copy of which is attached and incorporated herein, which permit those Health and Welfare Trust Funds which are members of the HCCCC to become Member Funds in the Alliance PPO network, utilization review services and MAPSI mental health and substance abuse services; and

WHEREAS, the Fund has elected to become a Member Fund pursuant to one or both of the Agreements.

NOW THEREFORE, in consideration of the mutual covenants contained herein, it is hereby agreed as follows:

1. The Fund shall be a Member Fund pursuant to one or both of the Agreements, and be entitled to all the rights, privileges and obligations of Member Funds in accordance with the terms of such Agreements and such terms as incorporated herein by reference until such time as the Agreements shall terminate in accordance with its terms, or until such time as the Fund may earlier elect to terminate its participation under the terms of this agreement.

2. The Fund hereby elects to participate in the following portions of the Agreements:

    ☒ PPO    ☒ UR    ☐ MAPSI

3. Alliance agrees to provide to the Fund such services and obligations as are established for Member Funds under the Agreements, with respect to the services elected hereunder.

4. The Fund agrees to pay to Alliance on or before the fifth day of each month a monthly contribution obligation in accordance with the schedule set forth in the Agreements.

-1-

EXHIBIT
E

The Fund agrees to pay Health Care Cost Containment Corporation of Mid-Atlantic Region, Inc. an administrative fee per participant per month in accordance with the fee schedule attached to the Agreements for tasks performed by "HCCCC" in behalf of and as agreed to by the Fund and HCCCC. The Fund recognizes that the monthly payment hereunder includes this administrative charge which will be paid from Alliance to HCCCC only after receipt by Alliance.

5. The Fund agrees to provide to Alliance its Summary Plan Description and any modifications to its plan of benefits which shall occur from time to time.

6. This Participation Agreement shall continue in full force and effect until the earlier of a) the termination of the Agreements, or b) the date upon which the Fund shall set to terminate its participation, provided, however that the Fund shall have provided no less than 60 days written notice to HCCCC and Alliance that it will terminate its participation, or c) at the option of Alliance, if the fund fails materially to pay, or provide sufficient funds to pay, claims for Covered Services and for other expenses of the Fund in accordance with the terms of this Participation Agreement and pursuant to the schedule of benefits of the Fund, or shall fail to pay to Alliance the compensation due hereunder.

_____
Alliance

_____
HCCCC

_____
Union Trustee
Phillip Feaster

_____
Employer Trustee
Roger Olson

-2-

## MEMBERSHIP AGREEMENT

The <u>TEAMSTERS LOCAL 639 - EMPLOYERS HEALTH TRUST</u> (hereafter "Trust Fund") hereby agrees to participate on behalf of its eligible participants in the Health Care Cost Containment Corporation of The Mid-Atlantic Region (hereafter "Corporation") under the following terms and conditions:

1. It is understood that the Corporation is a non-profit corporation established to assist Health and Welfare Trust Funds in Maryland, Washington, D.C., and Virginia in matters of health cost containment.

2. The Trust Fund hereby agrees to participate in the Corporation, and to appoint one representative from Labor and one from Management to serve as Directors of the Corporation and to comply with the terms of the By-Laws of the Corporation as they may be amended from time to time. A copy of the By-Laws in existence as of September 6, 1990, is attached and the By-Laws are hereby incorporated into this agreement.

3. The Trust Fund agrees to contribute $.50 per eligible participant for each participant eligible for health benefits in its plan as of the date of participation. The contribution will be made no later than ninety (90) days following such date. It is the purpose of this contribution to provide initial funding for the efforts of the Corporation. It is contemplated that periodic assessments or contributions may be required from participating Trust Funds to provide the necessary funding for operations of the corporation. By the execution of this Membership Agreement, the Trust Fund does <u>not</u> agree to make any contribution beyond the initial contribution set forth above.

4. The Trust Fund may cancel its participation in the Corporation at any time by delivery of a written Statement of Cancellation.

5. In the event the Corporation shall determine to cease operations, it shall refund any remaining balance of its assets to the then participating Trust Funds on a *pro rata* basis in accordance with the contributions made.

Dated  5/25/93

_____  
Secretary  
PHILIP A. FEASTER

_____  
Health Care Cost Containment  
Corporation of The Mid-Atlantic  
Region  
By: President

_____  
Chairman  
Roger D. Olson