UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER <br><br> & <br><br> BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS <br><br> Plaintiffs, <br><br> v. <br><br> TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED, <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639 <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Teamster's Local 639 - Employer's Health Trust Fund <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 06-0317RJL |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT
AND
ORDER GRANTING PLAINTIFFS' MOTION TO REMAND
AND
IN THE ALTERNATIVE, ORDER GRANTING MOTION FOR CONTINUANCE**

IT IS HERBY ORDERED that Defendant's, Local Union No. 639, Building, Inc. d/b/a International Brotherhood of Teamsters, Local 639 and d/b/a Teamster's Local 639 - Employer's Health Trust Fund, Motion to Dismiss, or in the alternative, for Summary Judgment is hereby DENIED.

IT IS HERBY FURTHER ORDERED that Plaintiffs', Children's National Medical Center and Benefit Recovery Specialists, Inc., Motion to Remand is hereby GRANTED.

IN THE ALTERNATIVE, IT IS HERBY FURTHER ORDERED that Plaintiffs' Motion For Continuance to Conduct Additional Discovery in order to file an amendment or supplement to Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment is hereby GRANTED. It is thus Ordered that Plaintiffs shall be allowed to conduct discovery and file an amendment or supplement to Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment on or before the ___ day of _____, 2006.

Dated this ___ day of _____, 2006.

_____
United States District Judge