IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

CHILDREN'S NATIONAL MEDICAL :
CENTER, et al.
 :
    Plaintiffs,
 :
v. : Civil Case No.: 06CA0000172

TODD HICKS, INDIVIDUALLY AND :
ON BEHALF OF TODD HICKS, JR.,
DECEASED :

and

LOCAL UNION NO. 639, BUILDING, INC.
d/b/a INTERNATIONAL BROTHERHOOD :
OF TEAMSTERS, LOCAL 639 and d/b/a
LOCAL 639 :

    Defendants. :

---

## DEFENDANT TODD HICKS' ANSWER

Defendants Todd Hicks, Individually and on behalf of Todd Hicks, Jr., deceased, by and through undersigned counsel Lawrence A. Thrower, Esq. hereby files this, their Answer to Plaintiff's Complaint stating as follows:

### I. PARTIES

1.    Defendant is without sufficient information or knowledge so as to be able to admit the allegations contained in this paragraph of the Complaint, and therefore denies same.

2.    Defendant is without sufficient information or knowledge so as to be able to admit the allegations contained in this paragraph of the Complaint, and therefore denies same.



3.　　Admitted.

4.　　Defendant is without sufficient information or knowledge so as to be able to admit the allegations contained in this paragraph of the Complaint, and therefore denies same.

## II. JURISDICTION/VENUE

5.　　Defendant is not required to respond to the allegations contained in paragraphs 5 through 8 of the Complaint, as they refer only to jurisdiction and venue.

## III. FACTS

6.　　Defendant admits the first three sentences of paragraph 9 of the Complaint. Defendant denies the remainder of the paragraph.

7.　　Defendant admits paragraph 10 of the Complaint.

8.　　Defendant denies paragraph 11 of the Complaint.

9.　　Defendant denies paragraph 12 of the Complaint.

10.　　Defendant denies paragraph 13 of the Complaint.

11.　　Defendant denies paragraph 14 of the Complaint.

## IV. CAUSES OF ACTION

### A. Breach of Contract

12.　　Defendant incorporates paragraphs 1-12 by reference.

13.　　Defendant admits paragraph 16 of the Complaint.

14.　　Defendant admits assigning his rights under his medical coverage to Children's National Medical Center. Defendant is without knowledge to answer and there fore denies the remainder of paragraph 17 of the Complaint.

15.　　Defendant denies paragraph 18 of the Complaint.

2

16. Defendant is without sufficient information or knowledge so as to be able to admit the allegations contained in paragraph 19 of the Complaint, and therefore denies same.

17. Defendant denies paragraph 20 of the Complaint.

### B. Breach of Duty of Good Faith and Fair Dealing

18. Defendant incorporates paragraphs 1-17 by reference.

19. Defendant is without sufficient information or knowledge so as to be able to admit the allegations contained in paragraph 22 of the Complaint, and therefore denies same.

### C. Quantum Meruit

20. Defendant incorporates paragraphs 1-19 by reference.

21. Defendant denies paragraph 24 of the Complaint.

### D. Misrepresentation and/or Fraud

22. Defendant incorporates paragraphs 1-21 by reference.

23. Defendant is without sufficient information or knowledge so as to be able to admit the allegations contained in paragraph 26 of the Complaint, and therefore denies same.

### E. Attorneys' Fees

24. Defendant incorporates paragraphs 1-23 by reference.

25. Defendant denies paragraph 28 of the Complaint.

## V. RELIEF REQUESTED

WHEREFORE, DEFENDANT HICKS requests that this Complaint be dismissed with costs.

Respectfully submitted,

_____
Lawrence A. Thrower, #473875
1229 12th Street, NW
Washington DC 20005
202-234-0000
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this __6th__ day of February, 2006, a copy of Defendant Todd Hicks' Answer was mailed, postage prepaid, to:

Kenneth P. Kaplan
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC  20006

_____
Lawrence A. Thrower