# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, et. al, | ) ) ) |
| Plaintiffs, | ) No.: 06-0317RJL ) ) |
| v. | ) ) |
| TODD HICKS, et. al, | ) ) |
| Defendants. | ) ) |

## **ORDER**

IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Remand is DENIED.

So Ordered this ___ day of _____, 2006.

_____
Richard J. Leon
United States District Judge