UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, et. al, | ) ) ) ) No.: 06-0317RJL |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TODD HICKS, et. al, | ) ) |
| Defendants. | ) ) |

## **ORDER**

IT IS HEREBY ORDERED THAT Plaintiffs' Rule 56(f) Motion for Continuance is DENIED.

So Ordered this __ day of _____, 2006.

_____
Richard J. Leon
United States District Judge