UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, et. al,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>TODD HICKS, et. al,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)　No.:　06-0317RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter having come before the Court upon the parties' Consent Motion to Stay All Proceedings and Deadlines, and upon the agreement of the parties, it is hereby

**ORDERED** that all proceedings and deadlines in this matter are stayed for sixty (60) days from the date of this Order to allow the parties to pursue settlement negotiations.

It is further **ORDERED** that neither this **ORDER** nor the Consent Motion to Stay All Proceedings and Deadlines shall not be construed as a waiver nor shall otherwise bar or limit any relief sought by Plaintiffs' with respect to a remand pursuant to 28 U.S.C. §§ 1331, 1441(a), et seq, and 28 U.S.C. § 1447(c)-(e), et seq.

Upon expiration of this 60-day period, if the parties have not settled this matter, the parties are hereby ORDERED as follows:

1. Defendants Fund's response to Plaintiffs' Second Amended Complaint shall be filed _____ ;

2. Plaintiffs' reply in support of Plaintiffs' Motion to Remand shall be filed _____ ;

3. Plaintiffs' reply in support of Plaintiffs' Motion for Continuance shall be filed _____;

4. Plaintiffs' Motion for Leave to file sur-reply and supplement in response to Defendant Fund's Motion to Dismiss or, in the Alternative, for Summary Judgment shall be filed _____; and

5. The parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 _____.


District of Columbia  
March __, 2006

_____  
Richard J. Leon  
United States District Judge