**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, et. al, | ) ) ) | |
| | ) | No.:    06-0317RJL |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TODD HICKS, et. al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This matter having come before the Court upon the parties' Second Consent Motion to Stay All Proceedings and Deadlines, and upon the agreement of the parties, it is hereby

**ORDERED** that all proceedings and deadlines in this matter are stayed for an additional sixty (60) days from the date of this Order to allow the parties to continue settlement negotiations.

It is further **ORDERED** that neither this **ORDER** nor the Second Consent Motion to Stay All Proceedings and Deadlines shall not be construed as a waiver nor shall otherwise bar or limit any relief sought by Plaintiffs' with respect to a remand pursuant to 28 U.S.C. §§ 1331, 1441(a), et seq, and 28 U.S.C. § 1447(c)-(e), et seq.

Upon expiration of this additional 60-day period, if the parties have not settled this matter, the parties are hereby ORDERED as follows:

1.    Defendants Fund's response to Plaintiffs' Second Amended Complaint shall be

        filed _____ ;

2.    Plaintiffs' reply in support of Plaintiffs' Motion to Remand shall be filed

_____ ;

3.    Plaintiffs' reply in support of Plaintiffs' Motion for Continuance shall be filed

_____ ;

4.    Plaintiffs' Motion for Leave to file sur-reply and supplement in response to
Defendant Fund's Motion to Dismiss or, in the Alternative, for Summary
Judgment shall be filed_____; and

5.    The parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and
Local Civil Rule 16.3 _____.


District of Columbia                    _____
_____, 2006                         Richard J. Leon
                                         United States District Judge