UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> TODD HICKS, et. al, <br><br> Defendants. | No.: 06-0317RJL |

### CONSENT MOTION AND STATEMENT OF POINTS AND AUTHORITIES FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiffs, Children's National Medical Center and Benefit Recovery Specialists, Inc., and Defendants, Todd Hicks and the Teamsters Local 639 – Employers Health Trust Fund, through their undersigned counsel, hereby move the Court for entry of the attached Stipulated Protective Order, which includes a provision for filing documents UNDER SEAL, on the following grounds:

1. Plaintiffs filed the instant action against Defendants asserting the following state law claims: breach of contract, breach of duty of good faith and fair dealing, quantum meruit, misrepresentation and/or fraud, and alter ego.

2. Pursuant to the Court's Order dated March 31, 2006, the proceedings and deadlines in this action are currently stayed to allow the parties to pursue settlement negotiations.

3. In order to continue these settlement negotiations, the parties will be producing confidential and competitively sensitive business information.

4. If the parties are unable to resolve this dispute within the period proceedings are stayed, the parties will engage in discovery, during which the parties and non-parties may produce additional confidential and competitively sensitive business information.

5. It may be necessary for the parties or non-parties to file such materials with the Court in support of or in opposition to pretrial motions and as proposed trial exhibits.

6. The parties' and non-parties' business interests would be harmed by the public disclosure of such information in the Court records, and there is no less drastic alternative to sealing the record.

7. A district court, for good cause shown, may enter a protective order broadly shielding the raw fruits of civil discovery from public scrutiny to guard the privacy interests of both litigants and non-parties. *See generally Seattle Times Co. v. Rhinehart*, 467 U.S. 20 (1984); *see also* Fed. R. Civ. P. 26(c) and 45(c). The civil discovery rules explicitly provide that confidential business information of parties and non-parties may be covered by a protective order. *See* Fed. R. Civ. P. 25(c)(7) & 45(c)(3)(A)(iii) & (B)(i).

8. Any sealed information should remain sealed unless and until the Court unseals the record.

9. Plaintiffs, Children's National Medical Center and Benefit Recovery Specialists, Inc., and Defendants, Todd Hicks and the Teamsters Local 639 – Employers Health Trust Fund, have stipulated to the granting of this relief.[1]

10. This Motion is filed without prejudice to, or waiver of, the motions previously filed by the parties including, without limitation, Plaintiffs' motion to remand.

---

[1] Neither Defendant "Local Union No. 639, Building, Inc. d/b/a International Brotherhood of Teamsters Local 639 and d/b/a Local 639", which was named as a defendant in Plaintiff's Original Complaint, nor Defendant Sheila Sesker, individually and on behalf of Todd Hicks, Jr., who was named as a defendant in Plaintiffs' Second Amended Complaint has answered Plaintiffs' Complaint or entered an appearance in this case.

WHEREFORE, Plaintiffs, Children's National Medical Center and Benefit Recovery Specialists, Inc., and Defendants, Todd Hicks and the Teamsters Local 639 – Employers Health Trust Fund, respectfully request that the Court enter the attached Stipulated Protective Order as an order of the Court.

DATE: May 30, 2006

*[signature]*

L. Bradley Hancock (*Admitted Pro Hac Vice*)
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002
(713) 374-3500 (Telephone)
(713) 374-3505 (Facsimile)

*[signature]*

Kenneth P. Kaplan (D.C. Bar No. 460614)
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3191 (Telephone)
(202) 261-0156 (Facsimile)

*Attorneys for Plaintiffs Children's National Medical Center and Benefit Recovery Specialists, Inc.*

Respectfully submitted,

*[signature]*

Lawrence Thrower (D.C. Bar No. 473875)
1229 15th Street, NW
Washington, DC 20005

*Attorney for Defendant Hicks*

*[signature]*

Donald L. Havermann (D.C. Bar No. 337774)
Bridgit M. DePietto (D.C. Bar No. 496400)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.3000 (Telephone)
202.739.3001 (Facsimile)

*Attorneys for Defendant Teamsters Local 639 – Employers Health Trust Fund*