UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, <br><br> and <br><br> BRSI, L.P. d/b/a BENEFIT RECOVERY SPEACIALISTS, <br><br>    Plaintiffs, <br><br> v. <br><br> Todd Hicks, <br><br> and <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639, <br><br> and <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 d/b/a LOCAL 639 – Employer's Health Trust Fund, 3100 Ames Place, NE Washington, DC 20018, <br><br>    Defendants. | No.:   06-0317RJL |

**DEFENDANT TEAMSTERS LOCAL 639 –
EMPLOYERS HEALTH TRUST FUND'S MOTION TO
DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant Teamsters Local 639 – Employers Health Trust Fund (the "Fund"), by and through its undersigned counsel, hereby moves this Court for an Order dismissing Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or, in the alternative, entering judgment in favor of the Fund pursuant to Federal Rule of Civil Procedure 56.[1] As grounds therefore, the Fund submits that:

1. Plaintiffs', Children's National Medical Center and Benefit Recovery Specialists, Inc., state law claims are completely preempted by application of Section 514 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1144.

2. Alternatively, Plaintiffs' state law claims for alter ego and fraud and/or misrepresentation must be dismissed as failing to state a claim upon which relief can be granted.

3. To the extent Plaintiffs' claims are re-characterized as claims for benefits under Section 502(a)(1)(B) of ERISA, 29 U.S.C. § 1132(a)(1)(B), the claims must be dismissed because Plaintiffs lack standing to file a claim to recover benefits against the Fund.

4. In the alternative, if Plaintiffs have standing to pursue a Section 502(a)(1)(B) claim against the Fund, such claim must be dismissed because (1) Plaintiffs failed to exhaust their administrative remedies before bringing a civil action against the Fund, and (2) the Fund's written Summary Plan Description requires coverage denial in cases -- such as the case here -- where a third party is responsible for the participant's dependent's injuries and the participant fails to provide the Fund with a completed subrogation agreement.

---

[1] On March 29, 2006, the parties moved to stay all proceedings and deadlines in this matter for sixty (60) days to allow the parties to pursue settlement negotiations. By Minute Order, the Court granted the parties' motion and stayed all proceedings and deadlines in this matter until May 31, 2006. Before the stay expired, the parties requested an additional sixty (60) days to continue settlement negotiations, and on June 7, 2006, by Minute Order, the Court extended the stay until August 6, 2006. The parties have been unable to resolve this dispute within the proscribed period, and therefore, Defendant Fund files this response to Plaintiffs' Second Amended Complaint.

In further support of this Motion, the Fund relies on the accompanying Memorandum of Points and Authorities, Declaration of Laurie Mele, and Exhibits.

Date:   August 21, 2006

Respectfully submitted,

*/s/ Bridgit DePietto*

Donald L. Havermann (D.C. Bar No. 37774)
Bridgit M. DePietto (D.C. Bar No. 496400)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
202.739.3000 (Telephone)
202.739.3001 (Facsimile)
dhavermann@morganlewis.com
bdepietto@morganlewis.com

Counsel for Defendant Teamsters Local 639 – Employers Health Trust Fund

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 21st day of March 2006, that a copy of the foregoing Defendant Teamsters Local 639 – Employers Health Trust Fund's Motion to Dismiss Plaintiffs' Second Amended Complaint or, in the Alternative, for Summary Judgment was served on the following by the means indicated:

Via Certified Mail, Return Receipt Requested:

    Todd Hicks
    1011 Red Maple View Terrace
    Churchton, MD 20733

    Defendant Hicks

Via First Class Mail, postage pre-paid:

    L. Bradley Hancock
    Greenberg Traurig, LLP
    1000 Louisiana, Suite 1800
    Houston, TX 77002

    Kenneth P. Kaplan
    Greenberg Traurig, LLP
    800 Connecticut Avenue, NW, Suite 500
    Washington, DC 2006

    Attorneys for Plaintiffs Children's National
    Medical Center and Benefit Recovery
    Specialists, Inc.

Via First Class Mail, postage pre-paid:

    Local Union No. 639, Building, Inc. d/b/a
    International Brotherhood of Teamsters,
    Local 639 and d/b/a Local 639
    3100 Ames Place, N.E.
    Washington, DC 20018

    Named Local 639 Defendant

_____
Bridgit M. DePietto

1-WA/2614434.1