# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER<br><br>&<br><br>BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS<br><br>Plaintiffs,<br><br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund<br><br>Defendants. | Civil Action No. 06-0317RJL |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' SUPPLEMENTAL AND SURREPLY MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 15(a), Fed. R. Civ., P., Plaintiffs', Children's National Medical Center and Benefit Recovery Specialists, Inc. (the "Plaintiffs") file this Supplemental and Surreply[1] Memorandum of Points and Authorities in Opposition to Defendant Local Union No. 639, Building, Inc. d/b/a International Brotherhood of Teamsters, Local 639 and d/b/a Local 639 - Employer's Health Trust Fund's ("Health Fund") Motion to Dismiss or, in the alternative, for Summary Judgment ("Motion to Dismiss") and would respectfully show the Court as follows:

1. A copy of Plaintiffs' Supplemental and Surreply Memorandum of Points and Authorities in Opposition to the Health Fund's Motion to Dismiss is attached hereto as Exhibit "1" and incorporated herein by reference.

2. Although surreply briefs are not contemplated by the Local Rules, Plaintiffs submit that a surreply brief is appropriate and necessary here to address two arguments that the Health Fund unfairly made for the first time in its Reply. First, the Health Fund alleges that Plaintiffs' claims are "Conflict Preempted" by ERISA Section 514. Second, the Health Fund asserts that Plaintiffs' Response did not contest the Health Fund's statute of limitations defenses, other than with respect to its breach of contract claim. Because the issues here asserted for the first time in the Health Fund's Reply, Plaintiffs have not had the opportunity to address such an argument until now. Unless Plaintiffs are permitted to file its Surreply Brief, the inevitable result of the Health Fund's tardy assertions of those two issues will be that the Court will be deprived of the opportunity to review both parties' view points and interpretation of relevant case law and statutes regarding such issues.

3. Plaintiffs' Sur-Reply seeks only to address issues that were addressed by the Health Fund for the first time in its Reply Memorandum. For that reason, it would be helpful, to the Court if Plaintiffs were permitted to present their response to the Health Fund's two new

---

[1] The Health Fund has previously indicated that it is opposed to this Motion. *See* L.R. 7(m).

arguments. Plaintiffs, thus request that the Court grant leave to file their Supplemental and Sur-Reply Memorandum of Points and Authorities in Opposition to the Health Fund's Motion to Dismiss to briefly address these issues and the underlying contractual arrangements among the parties to provide healthcare services as set forth in Exhs. "2" and "3" attached hereto and to Plaintiffs' Supplement and Surreply as Exhs. A and B.

WHEREFORE, Plaintiffs respectfully request that the Court grant leave to file their Supplemental and Sur-Reply Memorandum of Points and Authorities in Opposition to the Health Fund's Motion to Dismiss and request such other and further relief to which they might be justly entitled.

Dated this 21st day of August 2006.

        Respectfully submitted,

        GREENBERG TRAURIG, LLP

By: _____
L. Bradley Hancock (*Admitted Pro Hac Vice*)
District of Columbia Bar No. 465746
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002
(713) 374-3500 (Telephone)
(713) 374-3505 (Facsimile)

Kenneth P. Kaplan
District of Columbia Bar No. 460614
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3191 (Telephone)
(202) 261-0156 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS CHILDREN'S NATIONAL MEDICAL CENTER AND BENEFIT RECOVERY SPECIALISTS, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of August 2006, I caused a true and correct copy of the foregoing to be served by electronic mail through CM/ECF on all known counsel of record and via certified mail, return receipt requested upon:

Todd Hicks
1011 Red Maple View Terrace
Churchton, MD 20733

Local Union No. 639 Building, Inc.
3100 Ames Place, NE
Washington, DC 20018

Kenneth P. Kaplan