IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER<br><br>&<br><br>BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS<br><br>Plaintiffs,<br><br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund<br><br>Defendants. | Civil Action No. 06-0317RJL |

## ORDER

IT IS HERBY ORDERED that in the interest of justice and for good cause shown, Plaintiffs' Motion for Leave to File Supplemental and Sur-Reply Memorandum of Points and

Authorities in Opposition to Motion to Dismiss or, in the Alternative, for Summary Judgment is hereby GRANTED.

IT IS THEREFORE ORDERED that the Clerk of the Court shall file Plaintiffs' Supplemental and Sur-Reply Memorandum of Points and Authorities in Opposition to Motion to Dismiss or, in the Alternative, for Summary Judgment, among the pleadings in the above-entitled and numbered cause.

Dated this _____ day of _____, 2006.

 

_____
United States District Judge