UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER <br><br> & <br><br> BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS <br><br> Plaintiffs, <br><br> v. <br><br> TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED, <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639 <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 06-0317RJL |

### DECLARATION OF KENNETH P. KAPLAN

Pursuant to 28 U.S.C. § 1746 and Rule 56(f), Fed. R. Civ. P., I, Kenneth P. Kaplan make this Declaration in further support of Children's National Medical Center and Benefit Recovery Specialists, Inc.'s (collectively "Plaintiffs") Opposition to

Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint or, in the alternative, for Summary Judgment and In the Alternative Plaintiffs' Motion for a Continuance to Conduct Rule 56(f) Discovery.

1. I am over the age of 18, of sound mind and competent to make this Declaration. I am an attorney licensed to practice in the District of Columbia and am employed by Greenberg Traurig, LLP. My Bar Number is 460614.

2. I make this declaration based either on first hand knowledge or good faith belief derived from reasonable due diligence or investigation.

3. Plaintiffs ask that the Court defer ruling on Defendant's Motion to Dismiss or in the Alternative for Summary Judgment until Plaintiffs have the opportunity to take discovery on the following topics:

    a. the contracts or agreements between the parties;

    b. the contracts or agreements between Children's and Alliance/MAMSI and M.D. IPA, and the enforceability of any such contract or agreement on any third parties such as the Health Fund or Local 639;

    c. the contracts or agreements between the Health Fund and/or Local 639 and Alliance/MAMSI, and any third party beneficiaries to any such contract or agreement such as Children's;

    d. any contracts, agreements or affiliations between the Health Fund and/or Local 639 and the Health Care Cost Containment

    Corporation of Mid-Atlantic Region or any other health care purchasing coalition or any other health and welfare trust fund;

e.  discovery regarding any statements or correspondence between the Health Fund and/or Local 639 (directly or indirectly through their agents) and Children's regarding promises or assertions that the Health Fund or Local 639 would pay for the medical services Children's provided Mr. Hicks; and

f.  the relationship between the Health Fund and Local 639 and their communications with third parties to determine whether the Health Fund is the alter ego of Local 639 or vice versa.

4.  This discovery will reveal factual disputes at issue in this case, including, *inter alia*, a direct or indirect contractual relationship between Children's and the Health Fund and/or Local 639 wherein the Health Fund and/or Local 639 agreed to reimburse Children's for medical services provided to Mr. Hicks.

5.  This request is not filed for delay, but so that justice may be done.

I declare under the penalties of perjury that the foregoing is true and correct.

Dated this 5th day of September, 2006.

_____
Kenneth P. Kaplan