UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHILDREN'S NATIVE MEDICAL CENTER, et al.** | : |
| **Plaintiffs,** | : |
| v. | :  No.: 06-0317RJL |
| **TODD HICKS, INDIVIDUALLY AND ON BEHALF OF TODD HICKS, JR., DECEASED** | : |
| and | : |
| **LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639** | : |
| **Defendants.** | : |

## ENTRY OF APPEARANCE OF COUNSEL

Defendants Todd Hicks, Individually and on behalf of Todd Hicks, Jr., deceased, by and through undersigned counsel Lawrence A. Thrower, Esq. hereby files this Entry of Appearance of Counsel on behalf of the above-mentioned Defendants stating as follows:

1. Defendant Hicks was served in this matter in the Superior Court of the District of Columbia. Defendant Hicks timely answered service.

2. Co-Defendant Teamsters Local 639 – Employers Health Trust Fund ("Defendant Fund") moved to remove this matter to this Court.

3. Since that time Defendant Fund and Plaintiff attempted to resolve this matter without success.

4. Defendant Hicks requests that this Court accept the Entry of Appearance of Lawrence A. Thrower on behalf of Defendant Hicks in this matter.

Respectfully submitted,

_____
Lawrence A. Thrower, #473875
1229 15th Street, NW
Washington DC 20005
202-234-0000
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of September, 2006, a copy of Defendant Todd Hicks' Entry of Appearance of Counsel was mailed, postage prepaid, to:

Kenneth P. Kaplan
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006

L. Bradley Hancock
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002

Local Union No. 639, Building, Inc. d/b/a
International Brotherhood of Teamsters,
Local 639 and d/b/a Local 639
3100 Ames Place, NE
Washington, DC 20018

Donald L. Havermann  
Bridgit M. DePietto  
MORGAN, LEWIS & BOCKIUS LLP  
1111 Pennsylvania Avenue, N.W.  
Washington, DC  20004

------------------------------------------  
Lawrence A. Thrower