# EXHIBIT A

MAMSI ProviderLookup Online

Page 1 of 1

# RESULTS

**Your search returned 1 provider.**
*Search Type:* Detailed Search for providers by location and other characteristics  *State:* DC  *County:* District of Columbia  *Facility Name Like:* "children's"  *Health Plan:* OneNet PPO  *Provider Type:* Hospitals and Other Facilities



CREATE PERSONALIZED DIRECTORY OF THESE RESULTS

IMPORTANT INFORMATION ABOUT YOUR RESULTS
HOW TO USE THE RESULTS PAGE

If you don't see the provider you're looking for in the results below, you may want to review the following tips on searching for providers:
- Increase the Search Radius.
- You might choose to Change the Provider Characteristics for your search.
- Or you may start your search over by selecting the 'Start New Search' button below.
- Warning... We were unable to determine your exact location from the address information you entered. As a result, the maps and driving directions provided, while near your location, are only *approximate*. Scroll down to view the list as is, or re-enter your address.
- Start New Search

While we take great care to make the directory complete and accurate, our network of participating physicians, practitioners and facilities may change. To make sure that the physician of your choice still participates with us, you may call our Member Services Department at the phone number listed on your Health Plan Identification Card.



**Children's Hospital Nat Medical Center**
111 Michigan Ave NW, Washington, DC 20010
(202) 884-5000
HOSPITALS
SURGERY CARE CENTERS

[1]

http://www.geoaccess.com/MAMSI/po/DisplayResults.asp

9/21/2006