IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER<br><br>&<br><br>BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS<br><br>Plaintiffs,<br><br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 06-0317RJL |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCrR 44.1 (d), Plaintiff's counsel moves the admission pro hac vice of Lionel Martin. In support thereof, Plaintiff directs the Court to the attached Declaration.

WDC 371351899v1 10/10/2006

Dated this 10th day of October 2006.

                                          Respectfully Submitted,

                                          _____/s/_____

                                        Kenneth P. Kaplan
                                        District of Columbia Bar No. 460614
                                        Greenberg Traurig LLP
                                        800 Connecticut Avenue, NW
                                        Washington, DC 20006
                                        (202) 331-3191 (Telephone)
                                        (202) 261-0156 (Facsimile)
                                        kaplank@gtlaw.com