IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER<br><br>&<br><br>BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS<br><br>Plaintiffs,<br><br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639<br><br>&<br><br>LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund<br><br>Defendants. | Civil Action No. 06-0317RJL |

## DECLARATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to LCrR 44.1 (d), I, Lionel Martin, state:

(1) That I am an attorney with Greenberg Traurig LLP, 1000 Louisiana, Suite 1800, Houston, Texas 77002;

(2) I am a member in good standing of the Bar of Texas and Colorado;

(3) I have not been disciplined by any bar;

(4) I have never been admitted pro hac vice in this Court; and

(5) I do not engage in the practice of law from an office located in the District of Columbia.

I declare under the penalty of perjury that the forgoing is true and correct. Executed this 10th day of October 2006.

_____
Lionel Martin
Greenberg Traurig LLP
1000 Louisiana, Suite 1800
Houston, Texas 77002
(713) 374-3500 (Telephone)
(713) 374-3505 (Facsimile)
martinl@gtlaw.com