IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER <br><br> & <br><br> BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS <br><br> Plaintiffs, <br>           v. <br><br> TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639 <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund <br><br> & <br> SHELIA SESKER <br><br> Defendants. | Civil Action No. 06-0317RJL |

ORDER

Before the Court is Plaintiffs' Motion for Certification under 28 U.S.C. § 1292(b). Based upon the Court's review of Plaintiffs' Motion, any opposition thereto, and the case file, the Court finds that Plaintiffs have demonstrated that the Court's Minute Order denying Plaintiffs Motion for Reconsideration involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of this case. Moreover,

the absence of precedent from this Circuit on this controlling question warrants interlocutory action by the Circuit Court. Accordingly, the Court GRANTS Plaintiffs' Motion.

    It is SO ORDERED this ___ day of _____ 2006.

> THE HONORABLE RICHARD J. LEON
> UNITED STATES DISTRICT JUDGE