## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, et. al. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   No.:   06-0317RJL ) |
| TODD HICKS, et. al | ) ) |
| Defendants. | ) ) |

## **ORDER**

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Reconsideration of Minute Order Denying Its Motion to Remand is DENIED.

So Ordered this __ day of _____, 2006.

_____
Richard J. Leon
United States District Judge

1-WA/2657481.1