UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, et. al. )<br><br>　　　　Plaintiffs, )<br><br>　　v. )<br><br>TODD HICKS, et. al )<br><br>　　　　Defendants. ) | No.:　06-0317RJL |

## **ORDER**

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Certification under 28 U.S.C. § 1292(b) is DENIED.

So Ordered this __ day of _____, 2006.

_____
Richard J. Leon
United States District Judge

1-WA/2657477.1