IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER <br><br> & <br><br> BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS <br><br> Plaintiffs, <br><br> v. <br><br> TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639 <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund <br><br> & <br> SHELIA SESKER <br><br> Defendants. | Civil Action No. 06-0317RJL |

**PLAINTIFFS' NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 and d/b/a LOCAL 639 <u>WITHOUT PREJUDICE</u>**

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiffs, Children's National Medical Center and BRSI, L.P. d/b/a Benefit Recovery Specialists, file this Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure against <u>only</u> Local Union No. 639, Building, Inc. d/b/a International Brotherhood of Teamsters, Local 639 and d/b/a Local 639 ("Local 639") and in support thereof would show as follows:

## I. PROCEDURAL HISTORY:

1. Plaintiffs commenced this action against two named Defendants, Todd Hicks, individually and on behalf of Todd Hicks, Jr., deceased, ("Defendant Hicks"), and Local 639 by filing an Original Complaint in the Superior Court of the District of Columbia, Civil Action No. 00-0000172, on January 12, 2006.[1]

2. On February 3, 2006, Plaintiffs filed a First Amended Complaint in Superior Court seeking to add a third defendant, the Teamsters Local 639 – Employers Health Trust Fund ("Health Fund"), as a party to the case, together with a "Motion to Amend Complaint to Add a New Defendant and Cause of Action."

3. The Health Fund removed this case to this Court on February 22, 2006. After an approximate four (4) month stay in the proceedings in order for the parties to conduct settlement negotiations, this Court denied Plaintiffs' Motion to Remand on October 18, 2006.

## II. DISMISSAL:

2. In accordance with Rule 41(a)(1)(i) of the Fed. R. Civ. P. Plaintiffs move to dismiss their claims against Local 639 <u>only</u>.

3. This case is not a class action. *See* Fed. R. Civ. P. 23(e). A receiver has not been appointed in this case. *See* Fed. R. Civ. P. 66. This case is not governed by any

---

[1] Local 639 has not yet answered Plaintiffs' Complaint or entered an appearance in this case.

federal statute that requires an order of the court for dismissal of the claims against Local 639 <u>only</u>. *See* Fed. R. Civ. P. 44(a)(1).

    4.    This dismissal is without prejudice to re-filing.

Dated this 6th day of December 2006.

    Respectfully submitted,

    GREENBERG TRAURIG, LLP

    By: _____/s/_____
    L. Bradley Hancock *(Admitted Pro Hac Vice)*
    District of Columbia Bar No. 465746
    GREENBERG TRAURIG, LLP
    1000 Louisiana, Suite 1800
    Houston, TX 77002
    (713) 374-3500 (Telephone)
    (713) 374-3505 (Facsimile)

    Kenneth P. Kaplan
    District of Columbia Bar No. 460614
    GREENBERG TRAURIG, LLP
    800 Connecticut Avenue, NW, Suite 500
    Washington, DC 20006
    (202) 331-3191 (Telephone)
    (202) 261-0156 (Facsimile)

    **ATTORNEYS FOR PLAINTIFFS CHILDREN'S NATIONAL MEDICAL CENTER AND BENEFIT RECOVERY SPECIALISTS, INC.**

## CERTIFICATE OF SERVICE

     I, Kenneth P. Kaplan, hereby certify that a true and correct copy of the foregoing document was forward to all known counsel of record on this 6th day of December 2006 via ECF and upon the following:

<u>LOCAL 639 Defendant</u>

R. Mark Winter, CFO/Administrative Officer
Authorized Agent for Service of Process
Local Union No. 639, Building, Inc.
d/b/a International Brotherhood of Teamsters
Local 639 and d/b/a Local 639
2100 Ames Place, NE
Washington, DC 20018
**VIA FIRST CLASS MAIL**

<u>Defendant Sheila Sesker</u>

Sheila Sesker
1057 Marlboro Road
Lothian, Maryland 20711
**VIA FIRST CLASS MAIL**

                                              /s/
                                      Kenneth P. Kaplan