IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER <br><br> & <br><br> BRSI, L.P. d/b/a BENEFIT RECOVERY SPECIALISTS <br><br> Plaintiffs, <br><br> v. <br><br> TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 639 and d/b/a LOCAL 639 <br><br> & <br><br> LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund <br><br> & <br> SHELIA SESKER <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 06-0317RJL |

## ORDER GRANTING NOTICE OF DISMISSAL

After consideration of Plaintiffs, Children's National Medical Center and BRSI, L.P. d/b/a Benefit Recovery Specialists, Notice of Dismissal of Claims Against Defendant Local Union No. 639, Building, Inc. d/b/a International Brotherhood of

Teamsters, Local 639 and d/b/a Local 639 ("Local 639") Without Prejudice, the Court is of the opinion that dismissal without prejudice of Plaintiffs' claims and causes of action against Local 639 <u>only</u> should in all respects be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all of the claims or causes of action asserted by Plaintiffs, Children's National Medical Center and BRSI, L.P. d/b/a Benefit Recovery Specialists, against <u>only</u> Local Union No. 639, Building, Inc. d/b/a International Brotherhood of Teamsters, Local 639 and d/b/a Local 639 in this action are dismissed without prejudice. The parties shall bear their own costs and expenses.

SIGNED this _____ day of _____, 2006.

_____
JUDGE PRESIDING