UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CHILDREN'S NATIONAL MEDICAL         )
CENTER, et. al.                     )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )    No.:   06-0317RJL
                                    )
TODD HICKS, et. al                  )
                                    )
        Defendants.                 )
_____)

## JOINT SCHEDULING ORDER

Pursuant to the Court's Minute Order entered on January 16, 2007, the parties to this matter have met and conferred with respect to the subjects set forth in Local Rule 16.3(c)(1)-(14) and propose to the Court the following Joint Scheduling Order. Proposed scheduling dates are identified in paragraph (14) below.

(1)     The parties believe it is possible that a Rule 56 motion following discovery may permit disposition of this case.

(2)     The parties believe that discovery is necessary to determine if some or all of the factual and legal issues can be agreed upon or narrowed. A proposed date for joining other parties and/or amending the pleadings is set forth in paragraph (14) below.

(3)     This case should not be assigned to a Magistrate Judge for purposes other than Alternative Dispute Resolution (ADR), discussed in paragraph (5) below.

(4)     The parties believe there is a realistic possibility of settling the case.

(5)     Counsel for the parties are consulting with their respective clients about the possibility of referring this case to the Court's ADR procedures. The parties will notify the Court whether they have agreed to submit the case to ADR by the date set forth in paragraph (14) below.

(6)     The parties believe there is a possibility that this case may be resolved by summary judgment following discovery. Proposed discovery cutoff and dispositive motion dates are set forth in paragraph (14) below.

(7)     The parties shall dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8)     A proposed discovery cutoff date is set forth in paragraph (14) below.

(9)     The parties reserve the right to utilize expert testimony in this matter. A proposed date for exchanging expert reports is set forth in paragraph (14) below).

(10)    This matter is not a class action, and therefore, Local Rule 16(c)(10) is inapplicable.

(11)    Neither the trial nor discovery should be bifurcated or managed in phases.

(12)    A proposed pre-trial conference date is set forth in paragraph (14) below.

(13)    The parties request that the Court set a firm trial date at the pretrial conference.

(14)    The parties propose the following dates for managing this litigation:

  (a)    The parties shall advise the Court no later than March 1, 2007, whether they have agreed to submit this case to the Court's ADR procedures.

  (b)    The parties disagree about the timing of answers to Plaintiffs' Second Amended Complaint in light of the possibility that this case may be referred to ADR. Defendants in particular are concerned about incurring unnecessary

litigation expenses if mediation is to be sought.  Plaintiffs propose that Defendants answer Plaintiffs' Second Amended Complaint no later than February 19, 2007.  Defendants propose to answer Plaintiffs' Second Amended Complaint on the later of April 1, 2007 or thirty (30) days after the expiration of any agreed upon period for mediation or ADR.  The Court accepts _____ (Plaintiffs/Defendants') proposed answer date.

(c)    Other parties shall be joined and/or the pleadings amended no later than October 15, 2007.  If other parties are joined or the pleadings amended, the parties shall jointly propose any necessary revisions to the Scheduling Order.

(d)    Expert reports, if any, shall be exchanged no later than October 15, 2007, with rebuttal expert reports exchanged no later than November 1, 2007.

(e)    Discovery shall be completed by November 15, 2007.

(f)    Dispositive motions shall be filed no later than December 14, 2007.

(g)    A pretrial conference shall be scheduled for January 14, 2008 (with the understanding that a trial will take place 30 to 60 days thereafter).

Dated: January 26, 2007                                    Respectfully submitted,

_____/s/_____                      _____/s/_____
L. Bradley Hancock (admitted *pro hac vice*)         Lawrence A. Thrower
Greenberg Traurig, LLP                               Thrower Law Firm
1000 Louisiana, Suite 1800                           10410 Kensington Pkwy.
Houston, TX 77002                                    Suite 202
(713) 374-3500 (Telephone)                           Kensington, MD  20895
(713) 374-3505 (Facsimile)                           301-962-5002 (Telephone)
                                                     301-962-4848 (facsimile)
Kenneth P. Kaplan (D.C. Bar. No. 460614)             throwerlawfirm@comcast.net
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500                *Attorney for Defendant Todd Hicks, Sr.*
Washington, DC 20006

(202) 331-3191 (Telephone)
*(202) 261-0156 (Facsimile)*

*Attorneys for Plaintiffs Children's National Medical Center and Benefit Recovery Specialists, Inc.*

                /s/
Donald L. Havermann (D.C. Bar No. 337774)
Bridgit M. DePietto (D.C. Bar No. 496400)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.3000 (Telephone)
202.739.3001 (Facsimile)
dhavermann@morganlewis.com
bdepietto@morganlewis.com

*Counsel for Defendant Teamsters Local 639 – Employers Health Trust Fund*

**SO ORDERED this __ day of _____, 2007.**

_____
United States District Judge Richard J. Leon