# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER, et. al.,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>TODD HICKS, et. al  )<br><br>Defendants.  ) | No.:   06-0317RJL |

## JOINT REQUEST FOR REFERRAL TO UNITED STATES MAGISTRATE JUDGE FOR SETTLEMENT PURPOSES ONLY

The parties, by their undersigned counsel, hereby jointly request that the above-captioned case be referred to United States Magistrate Judge Alan Kay, United States Magistrate Judge John M. Facciola, or any other United States Magistrate Judge whom may be available, for the purposes of settlement only.

Dated: March 1, 2007

Respectfully submitted,                                   Respectfully submitted,


_____/s/_____                _____/s/_____
L. Bradley Hancock (admitted *pro hac vice*)     Lawrence A. Thrower
Greenberg Traurig, LLP                                    Thrower Law Firm
1000 Louisiana, Suite 1800                              10410 Kensington Pkwy.
Houston, TX 77002                                           Suite 202
(713) 374-3500 (Telephone)                             Kensington, MD  20895
(713) 374-3505 (Facsimile)                               301-962-5002 (Telephone)
                                                                       301-962-4848 (facsimile)
Kenneth P. Kaplan (D.C. Bar. No. 460614)     throwerlawfirm@comcast.net
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500        *Attorney for Defendant Todd Hicks, Sr.*
Washington, DC 20006

1-WA/2706864.1

(202) 331-3191 (Telephone)
*(202) 261-0156 (Facsimile)*

*Attorneys for Plaintiffs Children's National Medical Center and Benefit Recovery Specialists, Inc.*

_____/s/_____
Donald L. Havermann (D.C. Bar No. 337774)
Bridgit M. DePietto (D.C. Bar No. 496400)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.3000 (Telephone)
202.739.3001 (Facsimile)
dhavermann@morganlewis.com
bdepietto@morganlewis.com

*Counsel for Defendant Teamsters Local 639 – Employers Health Trust Fund*

**SO ORDERED this __ day of _____, 2007.**  The above-captioned case shall be referred to United States Magistrate Judge _____ for the purposes of settlement only.

_____
United States District Judge Richard J. Leon