## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER *et al.* | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED | § § § § § | |
| & | § § | Civil Action No. 06-0317RJL |
| LOCAL UNION NO. 639, BUILDING, INC. d/b/a INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 639 d/b/a Local 639 - Employer's Health Trust Fund | § § § § § § | |
| & | § § | |
| SHELIA SESKER | § § § | |
| Defendants. | § | |

### JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND TO MODIFY SCHEDULING ORDER

The parties, by and through undersigned counsel, respectfully request that the Court continue the scheduling conference set for March 30, 2007 and modify the Scheduling Order. In support of their request, the parties state that the matter has been referred to Magistrate Judge Robinson for the purposes of settlement. The Settlement Conference is set for May 3, 2007.

The Court set the scheduling conference prior to this matter being referred to Magistrate Judge Robinson. Rather than burden the Court, the parties request that the

Court continue the scheduling conference to allow the parties to meet with Magistrate Judge Robinson. If the parties do not reach a settlement, Plaintiffs will advise the Court. At that time, the Court can reset the date for the scheduling conference.

Finally, given the procedural posture of the case, the parties request that the Court modify the Scheduling Order to reflect that, in the event the parties do not settle this matter, Defendants will file their respective answers to Plaintiffs' Second Amended Complaint within 15-days of Plaintiffs' notice to the Court that the parties did not reach a settlement of this matter.

Dated: March 28, 2007

Respectfully submitted,

/s/ Kenneth P. Kaplan
Kenneth P. Kaplan
D.C. Bar No. 460614
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3191 (Tel.)
(202) 261-0156 (Fax)
kaplank@gtlaw.com

/s/ Lawrence A. Thrower /KPK w/permission
Lawrence A. Thrower
D.C. Bar No. 473875
THROWER LAW FIRM
1410 Kensington Pkwy, Suite 202
Kensington, MD 20895
(301) 962-5002 (Tel.)
(301) 962-4848 (Fax)
throwerlawfirm@comcast.net

*Attorney for Defendant Todd Hicks*

L. Bradley Hancock (admitted *pro hac vice*)
D.C. Bar No. 465746
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002
(713) 374-3500 (Tel)
(713) 374-3505 (Fax)
hancockb@gtlaw.com

*Attorneys for Plaintiffs Children's National Medical Center and Benefit Recovery Specialists, Inc.*

2

/s/ Donald L. Havermann /KPK w/permission
Donald L. Havermann
D.C. Bar No. 337774
Bridgit M. DePietto
D.C. Bar No. 496400
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000 (Tel.)
(202) 739-3001 (Fax)
dhavermann@morganlewis.com
bdepietto@morganlewis.com

*Attorneys for Defendant Teamsters Local 639-Employers Health Trust Fund*

**SO ORDERED** this __ day of _____, 2007

_____
Hon. Richard J. Leon
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure via ECF and by First Class Mail on Defendant, Sheila Sesker on this 28th day of March, 2007.

_____
Kenneth P. Kaplan