IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER *et al.*<br><br>Plaintiffs,<br>v.<br><br>TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED *et al.*<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§    Civil Action No. 06-0317 (RJL)(DAR)<br>§<br>§<br>§<br>§<br>§<br>§ |

### PRAECIPE

The parties advise the Court that they have reached a settlement in principle of the above-captioned matter. Plaintiffs will draft the settlement papers. The parties anticipate completing the settlement papers and filing stipulations of dismissal on or before June 8, 2007.

Dated: May 25, 2007

Respectfully submitted,

_____
Kenneth P. Kaplan
D.C. Bar No. 460614
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3191 (Tel.)
(202) 261-0156 (Fax)
kaplank@gtlaw.com

_____ /by permission
Lawrence A. Thrower
D.C. Bar No. 473875
THROWER LAW FIRM
1410 Kensington Pkwy, Suite 202
Kensington, MD 20895
(301) 962-5002 (Tel.)
(301) 962-4848 (Fax)
throwerlawfirm@comcast.net

*Attorney for Defendant Todd Hicks*

L. Brad Hancock (admitted *pro hac vice*)
D.C. Bar No. 465746
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002
(713) 374-3500 (Tel)
(713) 374-3505 (Fax)
hancockb@gtlaw.com

*Attorneys for Plaintiffs Children's National Medical Center and Benefit Recovery Specialists, Inc.*

/s/ Donald Havermann / KPK w/ permission
Donald L. Havermann
D.C. Bar No. 337774
Bridgit M. DePietto
D.C. Bar No. 496400
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000 (Tel.)
(202) 739-3001 (Fax)
dhavermann@morganlewis.com
bdepietto@morganlewis.com

*Attorneys for Defendant Teamsters Local 639-Employers Health Trust Fund*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure via ECF and by First Class Mail on Defendant, Sheila Sesker on this 25th day of May, 2007.

_____
Kenneth P. Kaplan