IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> TODD HICKS, INDIVIDUALLY, AND ON BEHALF OF TODD HICKS, JR., DECEASED *et al.* <br><br> Defendants. | § § § § § § § § § § § § § Civil Action No. 06-0317 (RJL)(DAR) |

## PRAECIPE

On May 25, 2007, the parties advised the Court that they had reached a settlement in principle of the above-captioned matter and anticipated filing stipulations of dismissal by today. By this praecipe, the parties advise the Court that they have not completed the settlement papers. The parties intend to finalize the settlement papers next week and file stipulations of dismissal in due course.

1

Dated: June 8, 2007

        Respectfully submitted,
        GREENBERG TRAURIG, LLP

        _/s/ Kenneth P. Kaplan_
        Kenneth P. Kaplan
        D.C. Bar No. 460614
        800 Connecticut Avenue, NW, Suite 500
        Washington, DC 20006
        (202) 331-3191 (Tel.)
        (202) 261-0156 (Fax)
        kaplank@gtlaw.com

        L. Bradley Hancock (admitted *pro hac vice*)
        D.C. Bar. No. 465746
        1000 Louisiana, Suite 1800
        Houston, TX 77002
        (713) 374-3500 (Tel.)
        (713) 374-3505 (Fax)
        hancockb@gtlaw.com

        *Attorneys for Plaintiffs Children's National*
        *Medical Center and Benefit Recovery Specialists, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure via ECF and by First Class Mail on Defendant, Sheila Sesker on this 8th day of June, 2007.

_____
Kenneth P. Kaplan