UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHILDREN'S NATIONAL MEDICAL )
CENTER, et al. )
)
    Plaintiffs, )
)
v. ) No.:  1:06-cv-00317(RJL)
)
TODD HICKS, et al )
)
    Defendants. )

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, Children's National Medical Center and BRSI, L.P. d/b/a Benefits Recovery Specialists, and Defendants, Todd Hicks and Teamsters Local 639 – Employer's Health Trust Fund, through their undersigned counsel, hereby stipulate to the dismissal, *with prejudice*, of all claims in this Civil Action No. 1:06-cv-00317-RJL against Todd Hicks, individually and on behalf of Todd Hicks, Jr.; Sheila Sesker; Local Union No. 639, Building, Inc. d/b/a International Brotherhood of Teamsters, Local 639 d/b/a Local 639 -- Employer's Health Trust Fund (otherwise known as Teamsters Local 639 – Employer's Health Trust Fund); and Local Union No. 639, Building, Inc. d/b/a International Brotherhood Of Teamsters, Local 639 and d/b/a Local 639 (otherwise known as Drivers, Chauffeurs and Helpers Local Union No. 639, affiliated with the International Brotherhood of Teamsters). Each party shall bear its own attorneys' fees and expenses.

SO ORDERED, this ____ day of _____, 2007.

_____
Richard J. Leon
United States District Judge

### STIPULATED AND AGREED TO BY:

*[signature]*
Kenneth P. Kaplan (D.C. Bar No. 460614)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 331-3191 (Telephone)
(202) 261-0156 (Facsimile)

*Attorney for Children's National Medical Center and BRSI, L.P., d/b/a Benefit Recovery Specialists*

*[signature]*
Lawrence Thrower (D.C. Bar No. 473875)
THROWER LAW FIRM
10410 Kensington Pkwy, Suite 202
Kensington, MD 20895
301-962-5002 (Telephone)
301-962-4848 (Facsimile)

*Attorney for Todd Hicks Individually and on behalf of Todd Hicks, Jr.*

*[signature]*
Donald L. Havermann (D.C. Bar No. 337774)
Bridgit M. DePietto (D.C. Bar No. 496400)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.739.3000 (Telephone)
202.739.3001 (Facsimile)

*Attorneys for Defendant Teamsters Local 639 – Employers Health Trust Fund*